**EXHIBIT B**

**EXHIBIT B**

**EXHIBIT B**

1  Karen E. Wentzel (SBN 112179)
   DORSEY & WHITNEY LLP
2  1717 Embarcadero Road
   Palo Alto, California 94303
3  (650) 857-1717 : phone
   (650) 857-1288 : fax
4

5  Attorneys for Defendant
   AMERIPRISE FINANCIAL
6  SERVICES, INC.

7

8              UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 SYLVIA JOHNSON, individually, and on      Case No.
   behalf of all others similarly situated,
12                                            **DECLARATION OF MARK
13                      Plaintiffs,           ANDRYSIAK**
   v.
14
   AMERIPRISE FINANCIAL SERVICES,
15 INC., and DOES 1 through 100, inclusive,

16

17                     Defendants.

18

19      I, MARK ANDRYSIAK, declare:

20      1.      I am Leader of License and Registrations Services—Corporate Registrations at

21 Ameriprise Financial Services, Inc. ("Ameriprise Financial"). This Declaration is based on

22 my own knowledge and experience gained in my position. I have personal knowledge of the

23 following and could competently testify thereto if called upon to do so.

24      2.      As of June 11, 2007, approximately 551 P2 Independent Advisors were affiliated

25 with Ameriprise Financial in the State of California. Each of these P2 Independent Advisors

26 were franchisees of Ameriprise Financial. This number (551)does not include P2 Independent

27 Advisors in the State of California who terminated their franchise agreement with Ameriprise

28 Financial prior to June 11, 2007 such as Plaintiff.

-1-

DECLARATION OF MARK ANDRYSIAK

1    I declare under penalty of perjury that the foregoing is true and correct.  Signed at

2  Minneapolis, Minnesota, this 13th day of June, 2007.

3

4

5

6                                                                          Mark Andrysiak

7

8    

9

10

11    *Peggy Say*    6/13/07

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

DECLARATION OF MARK ANDRYSIAK