**EXHIBIT C**

**EXHIBIT C**

**EXHIBIT C**

Karen E. Wentzel (SBN 112179)
DORSEY & WHITNEY LLP
1717 Embarcadero Road
Palo Alto, California 94303
(650) 857-1717 : phone
(650) 857-1288 : fax

Attorneys for Defendant
AMERIPRISE FINANCIAL
SERVICES, INC.

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA JOHNSON, individually, and on behalf of all others similarly situated, | Case No. |
| Plaintiffs, | **DECLARATION OF CORY LARSON** |
| v. | |
| AMERIPRISE FINANCIAL SERVICES, INC., and DOES 1 through 100, inclusive, | |
| Defendants. | |

I, CORY LARSON, declare:

1. I am Director—Scorecards, Field Compensation Development at Ameriprise Financial Services, Inc. ("Ameriprise Financial"). This Declaration is based on my own knowledge and experience gained in my position. I have personal knowledge of the following and could competently testify thereto if called upon to do so.

2. The 2006 median annual earnings of P2 Independent Advisors with franchises (putative class members who were affiliated with Ameriprise Financial in 2006) in California was approximately $165,507.00.

I declare under penalty of perjury that the foregoing is true and correct. Signed at Minneapolis, Minnesota, this 14th day of June, 2007.

-1-

_____
Cory Larson