1 | Karen E. Wentzel (SBN 112179)
  | DORSEY & WHITNEY LLP
2 | 1717 Embarcadero Road
  | Palo Alto, California 94303
3 | (650) 857-1717 : phone
  | (650) 857-1288 : fax
4 | Email:  efilingPA@dorsey.com

5 | Attorneys for Defendant
  | AMERIPRISE FINANCIAL
6 | SERVICES, INC.

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| SYLVIA JOHNSON, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMERIPRISE FINANCIAL SERVICES, INC., and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.<br><br>**NOTICE OF INTERESTED PARTIES** |

---

1

**NOTICE OF INTERESTED PARTIES**

1 | Defendant Ameriprise Financial Services, Inc., hereby submits its Notice of Interested Parties.

2 | The undersigned counsel of record for Defendant certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

///

1. Plaintiff Sylvia Johnson;
2. Defendant Ameriprise Financial Services, Inc., a public company;
3. Ameriprise Financial, Inc., parent company of Defendant Ameriprise Financial Services, Inc.

Dated: June 14, 2007                    DORSEY & WHITNEY LLP


By: _____/s/_____
    KAREN E. WENTZEL
    Attorneys for Defendant
    AMERIPRISE FINANCIAL SERVICES, INC.

**NOTICE OF INTERESTED PARTIES**