KAREN E. WENTZEL, ESQ.  SBN  112179
DORSEY & WHITNEY LLP
1717 Embarcadero Road
Palo Alto, California 94303
Telephone:  (650) 857-1717
Facsimile:  (650) 857-1288
E-Mail:  eFilingPA@dosey.com

Attorneys for Defendant
AMERIPRISE FINANCIAL SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYLVIA JOHNSON, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERIPRISE FINANCIAL SERVICES, INC., and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. C 07 3168<br><br>CERTIFICATE OF SERVICE |

I am employed in the County of Santa Clara, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 1717 Embarcadero Road, Palo Alto, California 94303.

On June 22, 2007 I served the following documents described as:

**1.     DEFENDANT AMERIPRISE FINANCIAL SERVICES, INC.'S ANSWER TO PLAINTIFF'S COMPLAINT**

on the party[ies] in this action by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Palo Alto, California addressed as set forth below:

//

//

| | |
|---|---|
| Scott Edward Cole, Esq. | Attorney for Plaintiffs |
| Clyde H. Charlton, Esq. | SYLVIA JOHNSON, et al. |
| Matthew R. Bainer, Esq. | |
| SCOTT COLE & ASSOCIATES, APC | |
| 1970 Broadway, Ninth Floor | |
| Oakland, CA 94612 | |

Telephone: (510) 891-9800
Facsimile: (510) 891-7030

I certify under penalty of perjury that the foregoing is true and correct.

Executed on June 15, 2007, at Palo Alto, California.

/s/
MARGARET J. STORK

**CERTIFICATE OF SERVICE**
**CASE NO. ***

-2-