KAREN E. WENTZEL, ESQ.  SBN  112179
DORSEY & WHITNEY LLP
1717 Embarcadero Road
Palo Alto, California 94303
Telephone:  (650) 857-1717
Facsimile:  (650) 857-1288
E-Mail:  eFilingPA@dosey.com

Attorneys for Defendant
AMERIPRISE FINANCIAL SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYLVIA JOHNSON, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERIPRISE FINANCIAL SERVICES, INC., and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. C 07 3168<br><br>CERTIFICATE OF SERVICE OF NOTICE TO STATE COURT AND ADVERSE PARTY OF REMOVAL TO FEDERAL COURT |

I, Margaret J. Stork certify and declare as follows:

I am over the age of 18 and not a party to the within action.

My business address is 1717 Embarcadero Road, Palo Alto, California 94303, which is located in Santa Clara County where the mailing described below took place.

On June 15, 2007 I deposited in the United States Mail at Palo Alto, California, a copy of the Notice to State Court and Adverse Party of Removal to Federal Court dated June 15, 2007, a copy of which is attached to this Certificate.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on June 26, 2007, at Palo Alto, California.

/s/
MARGARET J. STORK

**CERTIFICATE OF SERVICE**
**CASE NO. \***

-1-