Edward B. Magarian, Esq. (MN SBN 0208796)
Dorsey & Whitney LLP
50 South Sixth Street, Minneapolis, MN 55402
(612) 340-7873; magarian.edward@dorsey.com

Clerk's Use Only
Initial for fee pd.:

FILED
2007 JUL 10 AM 10: 23
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SYLVIA JOHNSON, individually, and on behalf of all others similarly situated,

Plaintiff(s),

v.

AMERIPRISE FINANCIAL SERVICES, INC., and DOES 1 through 100, inclusive,

Defendant(s).

CASE NO. C 07 3168 WDB

APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE

Pursuant to Civil L.R. 11-3, Edward B. Magarian, an active member in good standing of the bar of Minnesota, District of Minnesota and 8th Circuit, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Ameriprise Financial Services, Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Karen E. Wentzel, Esq., SBN 112179 ((650) 857-1717)
Dorsey & Whitney LLP, 1717 Embarcadero Rd., Palo Alto, CA 94303

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 7/2/2007

EDWARD B. MAGARIAN