Clerk's Use Only

Initial for fee pd.:

Zeb-Michael Curtin, Esq. (MN SBN 0352640)
Dorsey & Whitney LLP
50 South Sixth Street, Minneapolis, MN 55402
(612) 340-7873; curtin.zeb@dorsey.com

FILED
2007 JUL 10 AM 10: 21

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

SYLVIA JOHNSON, individually, and on behalf of all others similarly situated,

Plaintiff(s),

v.

AMERIPRISE FINANCIAL SERVICES, INC., and DOES 1 through 100, inclusive,

Defendant(s).

CASE NO. C 07 3168 WDB

**APPLICATION FOR ADMISSION OF ATTORNEY**
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Zeb-Michael Curtin, an active member in good standing of the bar of Minnesota, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Ameriprise Financial Services, Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Karen E. Wentzel, Esq., SBN 112179 ((650) 857-1717)
Dorsey & Whitney LLP, 1717 Embarcadero Rd., Palo Alto, CA 94303

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 7-2-07

ZEB-MICHAEL CURTIN