RECEIVED
JUL 2 0 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

Northern District of California

SYLVIA JOHNSON, individually, and on behalf of all others similarly situated,

Plaintiff(s),

v.

AMERIPRISE FINANCIAL SERVICES, INC., and DOES 1 through 100, inclusive,

Defendant(s).

CASE NO. C 07 3168 WDB

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Edward B. Magarian, an active member in good standing of the bar of Minnesota, District of Minnesota and 8th Circuit whose business address and telephone number (particular court to which applicant is admitted) is

Dorsey & Whitney, LLP, 50 South Sixth Street, Minneapolis, MN 55402
(612) 340-7873; magarian.edward@dorsey.com

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing AMERIPRISE FINANCIAL SERVICES, INC.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 7-11-07

United States Magistrate Judge
WAYNE D. BRAZIL