Scott Edward Cole, Esq. (S.B. #160744)
Clyde H. Charlton, Esq. (S.B. #127541)
Matthew R. Bainer, Esq. (S.B. #220972)
**SCOTT COLE & ASSOCIATES, APC**
1970 Broadway, Ninth Floor
Oakland, California 94612
Telephone: (510) 891-9800
Facsimile:  (510) 891-7030
web:     www.scalaw.com

Attorneys for Representative Plaintiff
and the Plaintiff Class

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| SYLVIA JOHNSON individually, and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br>vs.<br><br>AMERIPRISE FINANCIAL SERVICES, INC.<br><br>　　　　　　　　Defendants. | **Case No.: C 07-03168WDB**<br><br>**CLASS ACTION**<br><br>**NOTICE OF UNAVAILABILITY** |

**TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that Plaintiff's attorneys of record in the above-referenced action will be unavailable from August 1, 2007 through August 13, 2007, inclusive, and will be unavailable for any purpose whatsoever, including, but not limited to receiving notice of any kind, responding to ex parte applications, appearing in court or appearing at depositions.

Dated: July 13, 2007

　　　　　　　　　　　　　　　　　　　　　　　　　**SCOTT COLE & ASSOCIATES, APC**

　　　　　　　　　　　　　　　　　　　By:　　/s/ Matthew R. Bainer
　　　　　　　　　　　　　　　　　　　　　　Matthew R. Bainer, Esq.
　　　　　　　　　　　　　　　　　　　　　　Attorneys for the Representative Plaintiff
　　　　　　　　　　　　　　　　　　　　　　and the Plaintiff Class