1  Scott Edward Cole, Esq. (S.B. #160744)
   Matthew R. Bainer, Esq. (S.B. #220972)
2  Kevin R. Allen, Esq. (S.B. # 237994)
   Carrie S. Lin, Esq. ( S.B. #241849)
3  **SCOTT COLE & ASSOCIATES, APC**
   1970 Broadway, Ninth Floor
4  Oakland, California 94612
   Telephone:  (510) 891-9800
5  Facsimile:  (510) 891-7030
   web:  www.scalaw.com

6  Attorneys for Representative Plaintiff
7  and the Plaintiff Class

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SYLVIA JOHNSON individually, and on behalf of all others similarly situated, | **Case No.:C 07-03168WDB** |
| Plaintiffs, | **CLASS ACTION** |
| vs. | **NOTICE OF APPEARANCE** |
| AMERIPRISE FINANCIAL SERVICES, INC. | |
| Defendants. | |

**TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

   **NOTICE IS HEREBY GIVEN** that Plaintiff's attorney, Kevin R. Allen, has been added to the ECF electronic mailing list in the above-captioned matter.

Dated: August 23, 2007

                              **SCOTT COLE & ASSOCIATES, APC**

                    By:   /s/ Kevin R. Allen
                          Kevin R. Allen, Esq.
                          Attorneys for the Representative Plaintiff
                          and the Plaintiff Class

- 1 -
Notice of Appearance