UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SYLVIA JOHNSON, individually, and
on behalf of all others similarly situated,
                    Plaintiff(s),

                v.

AMERIPRISE FINANCIAL SERVICES,
INC.,
                    Defendant(s).

Case No. 07-03168 WDB

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 08/25/07                                            *[signature]* Sylvia Johnson
                                                                     [Party]

Dated: 8/27/07                                             *[signature]*
                                                                     [Counsel]