1  Scott Edward Cole (SBN 160744)
2  Matthew R. Bainer, Esq. (SBN 220972)
   Carrie S. Lin, Esq. (SBN 241849)
3  Kevin Robert Allen, Esq. (SBN 237994)
   Susan L. Jordan, Esq. (SBN 249992)
4  SCOTT COLE & ASSOCIATES, APC
5  1970 Broadway, Ninth Floor
   Oakland, California  94612
6  (510) 891-9800 : phone
7  (510) 891-7030 : fax
   SCole@scalaw.com
8  CLin@scalaw.com
   KRoberts@scalaw.com
9  *Attorneys for Representative Plaintiff*
10 *Sylvia Johnson and the Plaintiff Class*

11 Karen E. Wentzel (SBN 112179)
   DORSEY & WHITNEY LLP
12 1717 Embarcadero Road
13 Palo Alto, California 94303
   (650) 857-1717 : phone
14 (650) 857-1288 : fax
15 wentzel.karen@dorsey.com

16 Edward B. Magarian (admitted *pro hac vice*)
   Zeb-Michael Curtin (admitted *pro hac vice*)
17 DORSEY & WHITNEY LLP
18 Suite 1500, 50 South Sixth Street
   Minneapolis, Minnesota 55402
19 (612) 340-2600 : phone
20 (612) 340-2777 : fax
   magarian.ed@dorsey.com
21 curtin.zeb@dorsey.com

22 *Attorneys for Defendant*
   *Ameriprise Financial Services, Inc.*
23

-1-
**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**
**Case No.  C 07-03168 WDB**

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SYLVIA JOHNSON, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMERIPRISE FINANCIAL SERVICES, INC., and DOES 1 through 100, inclusive,<br><br>Defendants. | **Case No. C 07-03168 WDB**<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties are amenable to participating in ADR but believe it will be most effective to wait until after the completion of the initial case management conference and after a schedule has been set in this case to decide on which ADR process is most appropriate and when such ADR would be most beneficial. The parties propose that they defer ADR until after a schedule has been set in this case, and agree to meet and confer regarding ADR shortly thereafter.

1  Dated:  August 28, 2007				SCOTT COLE & ASSOCIATES, APC

						By: /s/ Carrie S. Lin
						    Carrie S. Lin, Esq.
						    Attorneys for Representative Plaintiff
						    Sylvia Johnson and the Plaintiff Class

Dated:  August 28, 2007				DORSEY & WHITNEY LLP

						By:   s/Karen E. Wentzel
						    Karen E. Wentzel
						    Attorneys for Defendant
						    AMERIPRISE FINANCIAL
						    SERVICES, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

This _____ day of _____, 2007

					_____
					United States District Court Judge

-3-
**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**
**Case No.  C 07-03168 WDB**