Karen E. Wentzel (SBN 112179)
DORSEY & WHITNEY LLP
1717 Embarcadero Road
Palo Alto, California 94303
(650) 857-1717 : phone
(650) 857-1288 : fax
Email: wentzel@dorsey.com
       efilingPA@dorsey.com

Edward B. Margarian (admitted pro hac vice)
Zeb-Michael Curtin (admitted pro hac vice)
DORSEY & WHITNEY LLP
Suite 1500, 50 South Sixth Street
Minneapolis, Minnesota 55402
(612) 340-2600
(612) 340-2777
magarian.ed@dorsey.com
curtin.zeb@dorsey.com

Attorneys for Defendant
AMERIPRISE FINANCIAL
SERVICES, INC.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SYLVIA JOHNSON, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMERIPRISE FINANCIAL SERVICES, INC., and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. C 07-03168 WDB<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

\\\

-1-

DECLINATION TO PROCEED BEFORE A MAGISTRATE
JUDGE AND REQUEST FOR REASSIGNMENT
CASE NO. C 07-3168 WDB

1  Dated: August 29, 2007                    DORSEY & WHITNEY LLP

4                                            By:_____/s/_____
                                             KAREN E. WENTZEL
                                             Attorneys for Defendant
5                                            AMERIPRISE FINANCIAL
                                             SERVICES, INC.