UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SYLVIA JOHNSON, et al.

      Plaintiffs,

  v.

AMERIPRISE FINANCIAL SERVICES INC., et al.

      Defendants.
_____/

No. C 07-3168 WDB

NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE

    The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge. The case management conference set for September 18, 2007, at 4:00 p.m. is vacated.

Dated: August 30, 2007

                              Richard W. Wieking, Clerk
                              United States District Court

                              *Sarah Weinstein*

                              By: SarahWeinstein
                                  Law Clerk

Copies to:
      All parties
      WDB
      Stats

N:\FORMS\impending reassignment clerks notice.wpd