1  Scott Edward Cole, Esq. (S.B. #160744)
   Matthew R. Bainer, Esq. (S.B. #220972)
2  Kevin R. Allen, Esq. (S.B. # 237994)
   Carrie S. Lin, Esq. (S.B. #241849)
3  Susan L. Jordan, Esq. (S.B. #249992)
   **SCOTT COLE & ASSOCIATES, APC**
4  1970 Broadway, Ninth Floor
   Oakland, California 94612
5  Telephone:  (510) 891-9800
   Facsimile:  (510) 891-7030
6  web:  www.scalaw.com

7  Attorneys for Representative Plaintiff
   and the Plaintiff Class

8

9                   **UNITED STATES DISTRICT COURT**

10

11                  **NORTHERN DISTRICT OF CALIFORNIA**

12  DOUGLAS O'CONNOR, individually,      )   **Case No.: C 06-03706 VRW**
    and on behalf of all others similarly )
13  situated,                             )   **CLASS ACTION**
                                          )
14                     Plaintiffs,        )   **NOTICE OF CHANGE OF COUNSEL**
    vs.                                   )
15                                        )
    STARBUCKS CORP.                       )
16                                        )
                       Defendants.        )
17  _____ )

18

19  **TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

20          **NOTICE IS HEREBY GIVEN** that Clyde H. Charlton is no longer an attorney with the

21  firm of Scott Cole & Associates, attorneys for Plaintiff and the Plaintiff Class in the above-

22  referenced action, and should be removed from the court's electronic mailing list.

23

24  Dated: August 30, 2007

25
                                         **SCOTT COLE & ASSOCIATES, APC**
26
                                   By:    /s/ Scott Edward Cole
27                                        Scott Edward Cole, Esq.
                                          Attorneys for the Representative Plaintiff
28                                        and the Plaintiff Class