1  Scott Edward Cole, Esq. (S.B. #160744)
   Matthew R. Bainer, Esq. (S.B. #220972)
2  Kevin R. Allen, Esq. (S.B. # 237994)
   Carrie S. Lin, Esq. ( S.B. #241849)
3  Susan L. Jordan, Esq. (S.B. #249992)
   **SCOTT COLE & ASSOCIATES, APC**
4  1970 Broadway, Ninth Floor
   Oakland, California 94612
5  Telephone:  (510) 891-9800
   Facsimile:  (510) 891-7030
6  web:  www.scalaw.com

7  Attorneys for Representative Plaintiff
   and the Plaintiff Class

8

9                          **UNITED STATES DISTRICT COURT**

10

11                         **NORTHERN DISTRICT OF CALIFORNIA**

12  SYLVIA JOHNSON, individually, and on )   **Case No.: C 07-03168WDB**
    behalf of all others similarly situated, )
13                                         )   **CLASS ACTION**
                         Plaintiffs,       )
14  vs.                                    )   **NOTICE OF CHANGE OF COUNSEL**
                                           )
15  AMERIPRISE FINANCIAL SERVICES, )
    INC.                                   )
16                                         )
                         Defendants.       )
17  _____)

18

19  **TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

20      **NOTICE IS HEREBY GIVEN** that Clyde H. Charlton is no longer an attorney with the

21  firm of Scott Cole & Associates, attorneys for Plaintiff and the Plaintiff Class in the above-

22  referenced action, and should be removed from the court's electronic mailing list.

23

24  Dated: August 30, 2007

25                                         **SCOTT COLE & ASSOCIATES, APC**

26                           By:    /s/ Scott Edward Cole
                                    Scott Edward Cole, Esq.
27                                  Attorneys for the Representative Plaintiff
                                    and the Plaintiff Class
28

- 1 -
Notice of Change of Counsel