**UNITED STATES DISTRICT COURT**
**Northern District of California**
**1301 Clay Street**
**Oakland, California 94612**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

**CASE NUMBER:  CV 07-03168 WDB**
**CASE TITLE:  SYLVIA JOHNSON-v-AMERIPRISE FINANCIAL SVCS.**

## REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **Honorable PHYLLIS J. HAMILTON**

_X_  San Francisco Division

___  Oakland Division

___  San Jose Division for all further proceedings.

This case has been assigned the following new number: **C07-3168 PJH**

**All future filings should reflect this new number.  The old number is no longer applicable to this case.  Please change all of your records accordingly.**

ALL MATTERS OTHER THAN TRIAL DATES PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Dated: _____8/31/07_____

COMMITTEE:

FOR THE EXECUTIVE

_Richard W. Wieking_
Clerk

NEW CASE FILE CLERK:
Copies to:     Courtroom Deputies          Special Projects
Log Book Noted                              Entered in Computer 8/31/07 KK

CASE SYSTEMS ADMINISTRATOR:
Copies to:     All Counsel
Transferor CSA