Scott Edward Cole, Esq. (S.B. #160744)
Matthew R. Bainer, Esq. (S.B. #220972)
Carrie S. Lin, Esq. (S.B. #241849)
**SCOTT COLE & ASSOCIATES, APC**
1970 Broadway, Ninth Floor
Oakland, California 94612
Telephone:  (510) 891-9800
Facsimile:  (510) 891-7030
web:  www.scalaw.com

Attorneys for Representative Plaintiff
and the Plaintiff Class

*SCOTT COLE & ASSOCIATES, APC*
*ATTORNEYS AT LAW*
*THE WORLD SAVINGS TOWER*
*1970 BROADWAY, NINTH FLOOR*
*OAKLAND, CA 94612*
*TEL: (510) 891-9800*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| SYLVIA JOHNSON individually, and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>AMERIPRISE FINANCIAL SERVICES, INC.<br><br>　　　　　　Defendants. | **Case No.:C 07-03168WDB**<br><br>**CLASS ACTION**<br><br>**NOTICE OF APPEARANCE** |

**TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

    **NOTICE IS HEREBY GIVEN** that Plaintiff's attorney, Carrie S. Lin, has been added to

the ECF electronic mailing list in the above-captioned matter.


Dated: October 4, 2007


                    **SCOTT COLE & ASSOCIATES, APC**



            By:    /s/ Carrie S. Lin
                   Carrie S. Lin, Esq.
                   Attorneys for the Representative Plaintiff
                   and the Plaintiff Class