**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTES**

**Date:** October 11, 2007                                  **JUDGE:** Phyllis J. Hamilton

**Case No:** C-07-3168 PJH

**Case Name:** Sylvia Johnson v. Ameriprise Financial Services

**Attorney(s) for Plaintiff:**     Matthew R. Bainer
**Attorney(s) for Defendant:**     Edward B. Magarian

**Deputy Clerk:** Nichole Heuerman              **Court Reporter:** Not Reported

**PROCEEDINGS**

    Initial Case Management Conference-Held. The court will allow an early motion for summary judgment to be heard at the same time as the motion for class certification. Plaintiff's motion for class certification and defendant's motion for summary judgment re: status of franchise issue to be filed by 9/24/08; oppositions to be filed by 10/8/08; replies to be filed by 10/15/08 with a hearing to be noticed for 11/5/08 at 9:00 a.m. Discovery is limited to class certification and franchise status issue. ADR is deferred at this time. The parties are handed copies of the court's pretrial instructions.

**Order to be prepared by:**   [] Pl  [] Def  [] Court

**Notes:**

**cc:** file; ADR