1  Scott Edward Cole, Esq. (S.B. #160744)
   Matthew R. Bainer, Esq. (S.B. #220972)
2  Carrie S. Lin, Esq. (S.B. #241849)
   **SCOTT COLE & ASSOCIATES, APC**
3  1970 Broadway, Ninth Floor
   Oakland, California 94612
4  Telephone: (510) 891-9800
   Facsimile:  (510) 891-7030
5  web:     www.scalaw.com

6  Attorneys for Representative Plaintiff
   and the Plaintiff Class
7

8                  **UNITED STATES DISTRICT COURT**

9          **NORTHERN DISTRICT OF CALIFORNIA**, **SAN FRANCISCO DIVISION**

10

11 | SYLVIA JOHNSON                         )  **Case No.:**
     individually, and on behalf of all others )
12 | similarly situated,                    )  **CLASS ACTION**
                                            )
13 |                     Plaintiff,         )  **NOTICE OF UNAVAILABILITY**
     vs.                                    )
14 |                                        )
     AMERIPRISE FINANCIAL SERVICES,         )
15 | INC.                                   )
                                            )
16 |                     Defendants.        )
                                            )
17

18 **TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

19      **NOTICE IS HEREBY GIVEN** that Plaintiff's attorneys of record in the above-referenced

20 action will be unavailable from December 21, 2007 through January 1, 2008, inclusive, and will be

21 unavailable for any purpose whatsoever, including, but not limited to receiving notice of any kind,

22 responding to ex parte applications, appearing in court or appearing at depositions.

23

24 Dated: November 16, 2007

25                                    **SCOTT COLE & ASSOCIATES, APC**

26
                                      By:    /s/ Carrie S. Lin
27                                           Carrie S. Lin, Esq.
                                             Attorneys for the Representative Plaintiff
28                                           and the Plaintiff Class

- 1 -
Notice of Unavailability