Scott Edward Cole, Esq. (S.B. #160744)
Matthew R. Bainer, Esq. (S.B. #220972)
Carrie S. Lin, Esq. (S.B. #241849)
**SCOTT COLE & ASSOCIATES, APC**
1970 Broadway, Ninth Floor
Oakland, California 94612
Telephone: (510) 891-9800
Facsimile: (510) 891-7030
web:    www.scalaw.com

Attorneys for Representative Plaintiff
and the Plaintiff Class

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| SYLVIA JOHNSON individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>AMERIPRISE FINANCIAL SERVICES, INC.<br><br>Defendants. | **Case No.: C07-3168**<br><br>**<u>CLASS</u> ACTION**<br><br>**NOTICE OF UNAVAILABILITY** |

**TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that Plaintiff's attorneys of record in the above-referenced action will be unavailable from December 21, 2007 through January 1, 2008, inclusive, and will be unavailable for any purpose whatsoever, including, but not limited to receiving notice of any kind, responding to ex parte applications, appearing in court or appearing at depositions.

Dated: November 19, 2007

                                                   **SCOTT COLE & ASSOCIATES, APC**

                                       By:    /s/ Scott Edward Cole
                                              Scott Edward Cole, Esq.
                                              Attorneys for the Representative Plaintiff
                                              and the Plaintiff Class