Karen E. Wentzel (SBN 112179)
DORSEY & WHITNEY LLP
1717 Embarcadero Road
Palo Alto, California 94303
(650) 857-1717 : phone
(650) 857-1288 : fax
Email:  wentzel.karen@dorsey.com

Edward B. Magarian (admitted *pro hac vice*)
Zeb-Michael Curtin (admitted *pro hac vice*)
DORSEY & WHITNEY LLP
Suite 1500, 50 South Sixth Street
Minneapolis, Minnesota 55402
(612) 340-2600 : phone
(612) 340-2777 : fax
Email: magarian.edward@dorsey.com
          curtin.zeb@dorsey.com

Attorneys for Defendant
AMERIPRISE FINANCIAL
SERVICES, INC.

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| SYLVIA JOHNSON, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br><br>AMERIPRISE FINANCIAL SERVICES, INC., and DOES 1 through 100, inclusive,<br><br><br>Defendants. | Case No.  C 07-03168 PJH<br><br><br>**DECLARATION OF<br>EDWARD B. MAGARIAN** |

-1-

STATE OF MINNESOTA      }
                                            }
COUNTY OF HENNEPIN   }

I, EDWARD B. MAGARIAN, declare:

1.      I am a partner at the law firm of Dorsey & Whitney, LLP, and am counsel for Ameriprise Financial Services, Inc. in the above-referenced matter.  I submit this Declaration in support of Ameriprise Financial Services, Inc.'s Motion for Leave to File Amended Answer and Counterclaim.

2.      Attached hereto as Exhibit 1 is a true and correct copy of a letter I sent to Plaintiff's attorneys Matthew Bainer and Carrie Lin on October 22, 2007.

3.      Attached hereto as Exhibit 2 is a true and correct copy of a letter I sent to Plaintiff's attorneys Matthew Bainer and Carrie Lin on November 12, 2007.

4.      Attached hereto as Exhibit 3 is a true and correct copy of a letter I sent to Plaintiff's attorney Scott Cole on November 14, 2007.

5.      Attached hereto as Exhibit 4 is a letter from Plaintiff's attorney Carrie Lin to me, dated November 26, 2007.

I declare under penalty of perjury that the foregoing is true and correct.  Signed at Minneapolis, Minnesota, this 20th day of December, 2007.

_____
Edward B. Magarian

DECLARATION OF EDWARD B. MAGARIAN
CASE NO.  C 07-03168 PJH