1  Karen E. Wentzel (SBN 112179)
   DORSEY & WHITNEY LLP
2  1717 Embarcadero Road
   Palo Alto, California 94303
3  (650) 857-1717 : phone
   (650) 857-1288 : fax
4  Email: efilingPA@dorsey.com

5  Edward B. Magarian (admitted *pro hac vice*)
   Zeb-Michael Curtin (admitted *pro hac vice*)
6  DORSEY & WHITNEY LLP
   Suite 1500, 50 South Sixth Street
7  Minneapolis, Minnesota 55402
   (612) 340-2600 : phone
8  (612) 340-2777 : fax
   Email: magarian.edward@dorsey.com
9         curtin.zeb@dorsey.com

10 Attorneys for Defendant
   AMERIPRISE FINANCIAL
11 SERVICES, INC.

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SYLVIA JOHNSON, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>AMERIPRISE FINANCIAL SERVICES, INC., and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. C 07-03168 PJH<br><br>**DEFENDANT'S AMENDED NOTICE OF MOTION FOR LEAVE TO AMEND ANSWER AND COUNTERCLAIM**<br><br>**Date: February 27, 2008**<br>**Time: 9:00 a.m.**<br>**Courtroom: 3** |

PLEASE TAKE NOTICE that Defendant's Motion for Leave to Amend Answer and Counterclaim previously noticed for February 20, 2008 at 9:00 a.m. has been continued to February 27, 2008 at 9:00 a.m. in Courtroom 3 of the San Francisco branch of United States District Court, Northern District, 450 Golden Gate Avenue, San Francisco, California before the Honorable Phyllis J. Hamilton.

Dated: January 18, 2008                DORSEY & WHITNEY LLP


By: _____/s/_____
    KAREN E. WENTZEL
    Attorneys for Defendant
    AMERIPRISE FINANCIAL
    SERVICES, INC.