UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| SYLVIA JOHNSON, individually, and on behalf of all others similarly situated,<br><br>           Plaintiffs,<br><br>v.<br><br>AMERIPRISE FINANCIAL SERVICES, INC.,<br><br>           Defendant. | CASE NO. C07-03168 PJH<br><br>**PROPOSED ORDER REGARDING STIPULATED PROTECTIVE ORDER GOVERNING CONFIDENTIAL INFORMATION** |

WHEREAS, the parties believe that proceedings in this action may involve the production or disclosure of trade secret or other confidential research, development, or commercial information, and the parties wish to provide for the protection of such confidential information, and,

WHEREAS, the parties seek to maintain the protection of confidential information concerning the subject matter at issue in the above-captioned action,

WHEREAS, the parties have entered into a Stipulated Protective Order Governing Confidential Information ("Stipulation") filed on January 23, 2008.  Pursuant to that Stipulation, the parties consent to the entry of this Order.

ACCORDINGLY, pursuant to the parties' Stipulation, it is hereby ORDERED that all Confidential Information (described in paragraph 3 of the Stipulation) produced or exchanged by the parties in the instant action shall be subject to the terms and provisions set forth therein.

**IT IS SO ORDERED:**

Dated: _____           **BY THE COURT:**

                                                                   The Honorable Judge Phyllis J. Hamilton<br>                                                                 United States District Court