Karen E. Wentzel (SBN 112179)
DORSEY & WHITNEY LLP
1717 Embarcadero Road
Palo Alto, California 94303
(650) 857-1717 : phone
(650) 857-1288 : fax
Email: efilingPA@dorsey.com

Edward B. Magarian (admitted *pro hac vice*)
Zeb-Michael Curtin (admitted *pro hac vice*)
DORSEY & WHITNEY LLP
Suite 1500, 50 South Sixth Street
Minneapolis, Minnesota 55402
(612) 340-2600 : phone
(612) 340-2777 : fax
Email: magarian.edward@dorsey.com
       curtin.zeb@dorsey.com

Attorneys for Defendant
AMERIPRISE FINANCIAL
SERVICES, INC.

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SYLVIA JOHNSON, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMERIPRISE FINANCIAL SERVICES, INC.,<br><br>Defendants. | Case No. C 07-03168 PJH<br><br><br><br>**DECLARATION OF EDWARD B. MAGARIAN** |

I, EDWARD B. MAGARIAN, declare:

1. I am a partner at the law firm of Dorsey & Whitney, LLP, and am counsel for Defendant Ameriprise Financial Services, Inc. in the above-referenced matter. I submit this Declaration in support of Defendant's Motion for Order Regarding Discovery Pursuant to Federal Rules of Civil Procedure 23(d) and 26(c).

2. On January 28, 2008, I telephoned Plaintiff's attorney Carrie S. Lin to meet-and-confer in an attempt to resolve my client's concerns. Ms. Lin continued to refuse to provide any information regarding the recipients of the Newsletter and/or persons who may have contacted them in response. She also refused to confirm or deny whether Plaintiff's counsel had collected any Company documents from P2 or P1 Advisors. Ms. Lin told me that she would tell employees who call that they would be entitled to confidentiality if they were calling for legal advice, but refused to acknowledge the fact that the Newsletter she forwarded asked employees to contact her in their capacity as a witness, and that any such communication would be improper.

3. Attached hereto as Exhibit 1 is a true and correct copy of Section 10 of Defendant's Franchise Agreement which governed its affiliation with Plaintiff Sylvia Johnson.

4. Attached hereto as Exhibit 2 is a true and correct copy of the "Newsletter" from Carrie S. Lin to Unknown Recipients, dated January 8, 2008.

5. Attached hereto as Exhibit 3 is a true and correct copy of a letter I sent to Plaintiff's attorney Carrie S. Lin on January 22, 2008.

6. Attached hereto as Exhibit 4 is a true and correct copy of an e-mail I sent to Plaintiff's attorney Carrie S. Lin on January 24, 2008.

7. Attached hereto as Exhibit 5 is a true and correct copy of an e-mail Plaintiff's attorney Carrie S. Lin sent to me on January 24, 2008.

8. Attached hereto as Exhibit 6 is a true and correct copy of an e-mail I sent to Plaintiff's attorney Carrie S. Lin on January 24, 2008.

9. Attached hereto as Exhibit 7 is a true and correct copy of an e-mail Plaintiff's attorney Carrie S. Lin sent to me on January 25, 2008.

I declare under penalty of perjury that the foregoing is true and correct. Signed at Minneapolis, Minnesota, this 30th day of January, 2008.

       /s/ Edward B. Magarian
       Edward B. Magarian