1

2

3

4

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

5

6

7

8

9

10

11

| | |
|---|---|
| SYLVIA JOHNSON, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMERIPRISE FINANCIAL SERVICES, INC.,<br><br>Defendants. | **Case No.  C 07-03168 PJH**<br><br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR ORDER REGARDING DISCOVERY UNDER FEDERAL RULES OF CIVIL PROCEDURE 23(d) AND 26(c)** |

12

13

14

        This matter came on for hearing before the Court on Defendant Ameriprise Financial Services, Inc.'s Motion for an Order Regarding Discovery Pursuant to Federal Rules of Civil Procedure 23(d) and 26(c).  All parties were represented by counsel.

15

16

17

        Having reviewed all the documents submitted by the parties, having heard argument from counsel, and finding good cause appearing for issuance of the requested Order, the Court Orders as follows:

18

        IT IS HEREBY ORDERED that Defendant's motion is granted in full as follows:

19

20

21

22

        1.  Plaintiff's counsel shall provide written curative notice to any P1 Employee Advisors of Defendant who received their "newsletter," and such notice shall inform them that their conversations with Plaintiff's counsel are not confidential, and that said employees should not provide to Plaintiff or her counsel any Ameriprise Financial documents;

23

24

25

        2.  Plaintiff's counsel shall expressly tell any P1 Employee Advisor who contacts them that their conversations with Plaintiff's counsel are not confidential and that said employees should not provide to Plaintiff or her counsel company documents;

26

27

        3.  Plaintiff's counsel shall not seek to obtain and/or obtain Ameriprise Financial documents from any P1 Employee Advisors;

28

1    4.  Plaintiff's counsel shall produce to Defendant's counsel within 10 days a list of all

2  individuals to whom they have distributed their "newsletter" by any means and a list of all

3  individuals who have contacted them to date in response to their "newsletter," and shall promptly

4  apprise Defendant when and if any others contact them in the future; and

5    5.  Plaintiff's counsel shall produce within 10 days all originals and copies of  documents

6  they have received to date (or receive hereafter) from any P1 Employee Advisors, and Defendant

7  shall be given the opportunity to review said documents for confidentiality and attorney-client

8  privilege; and

9    6.  All documents obtained by Plaintiff's counsel from Ameriprise Financial employees

10  are hereby designated as confidential pursuant to the protective order.

11    IT IS SO ORDERED.

12

13

14  Dated: _____, 2008            _____

15                                            Honorable Phyllis J. Hamilton
                                              U.S. District Court Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

---

**CASE NO. C 07-3168**                                    **PROPOSED ORDER REGARDING**
                                      -2-        **DISCOVERY UNDER FRCP 23(d) AND 26(c)**