| | |
|---|---|
| 1 | Scott Edward Cole, Esq. (S.B. #160744) |
| | Matthew R. Bainer, Esq. (S.B. #220972) |
| 2 | Kevin R. Allen, Esq. (S.B. # 237994) |
| | **SCOTT COLE & ASSOCIATES, APC** |
| 3 | 1970 Broadway, Ninth Floor |
| | Oakland, California 94612 |
| 4 | Telephone: (510) 891-9800 |
| | Facsimile:  (510) 891-7030 |
| 5 | www.scalaw.com |

Attorneys for Representative Plaintiff
and the Plaintiff class

Karen E. Wentzel (SBN 112179)
**DORSEY & WHITNEY LLP**
1717 Embarcadero Road
Palo Alto, California 94303
(650) 857-1717 : phone
(650) 857-1288 : fax
Email:  efilingPA@dorsey.com

Edward B. Magarian (admitted *pro hac vice*)
Zeb-Michael Curtin (admitted *pro hac vice*)
**DORSEY & WHITNEY LLP**
Suite 1500, 50 South Sixth Street
Minneapolis, Minnesota 55402
(612) 340-2600 : phone
(612) 340-2777 : fax
Email:  magarian.edward@dorsey.com
           curtin.zeb@dorsey.com

Attorneys for Defendant
AMERIPRISE FINANCIAL
SERVICES, INC.

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| SYLVIA JOHNSON, individually, and on behalf of all others similarly situated, | Case No.  C 07-03168 PJH |
| Plaintiffs, | **DECLARATION OF ZEB-MICHAEL CURTIN REGARDING STIPULATED REQUEST FOR ORDER SHORTENING TIME FOR NOTICE AND HEARING OF DEFENDANT'S MOTION FOR ORDER REGARDING DISCOVERY PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 23(d) AND 26(c)** |
| v. | |
| AMERIPRISE FINANCIAL SERVICES, INC., | |
| Defendants. | |

**DECLARATION RE ORDER SHORTENING TIME**
**CASE NO. C 07-3168**
-1-

I, Zeb-Michael Curtin, declare:

1.     I am an attorney with the law firm of Dorsey & Whitney LLP, counsel of record for Defendant in the above-captioned action.

2.     This declaration is submitted in support of the parties' Stipulated Request for an Order Shortening the Time for notice and hearing of Defendant's Motion for Order Regarding Discovery Pursuant to Federal Rules of Civil Procedure 23(d) and 26(c).  Defendant's motion concerns a "newsletter" sent by Plaintiff's counsel on or around January 8, 2008, to an undisclosed number of putative class members (P2 Independent Advisors) and non-putative class members (P1 Employee Advisors) vaguely describing this lawsuit and soliciting information from those recipients.  Defendant asks the Court to order: (1) that Plaintiff's counsel provide written curative notice to any P1 Employee Advisors who received their "newsletter," informing them that their conversations with Plaintiff's counsel are not confidential, and that said employees should not provide to Plaintiff or her counsel any Ameriprise Financial documents; (2) that Plaintiff's counsel expressly tell any P1 Employee Advisor who contacts them that their conversations with Plaintiff's counsel are not confidential and that said employees should not provide to Plaintiff or her counsel company documents; (3) that Plaintiff's counsel not seek to obtain and/or obtain Ameriprise Financial documents from any P1 Employee Advisors; (4) that Plaintiff's counsel produce to Defendant's counsel a list of all individuals to whom they have distributed their "newsletter" by any means and a list of all individuals who have contacted them in response to their "newsletter," and promptly apprise Defendant when and if any others contact them in the future; (5) that Plaintiff's counsel produce all originals and copies of documents they have received to date (or receive hereafter) from any P1 Employee Advisors, and Defendant be given the opportunity to review said documents for attorney-client privilege; and (6) that all

documents obtained by Plaintiff's counsel from Ameriprise Financial employees be designated as confidential pursuant to the protective order.

    3.    In the contemporaneously-filed Stipulated Request, the parties ask that the above-referenced motion be heard by this Court on February 27, 2007, at 9:00 a.m.—which is the same date and time this Court is scheduled to hear Defendant's pending Motion for Leave to File Amended Answer and Counterclaim. Having both motions heard at the same time will further judicial economy. Additionally, Defendant believes a hearing before this Court on shortened time is important to protecting Defendant's interests and the interests of its employees and clients who are not members of the putative class in this case.

    4.    The only previous time modifications in this case were stipulated extensions of the time for the parties to respond to written discovery.

    5.    The parties agree that the requested time modification will not adversely affect other scheduled deadlines in this case.

Dated: January 30, 2008          By:  /s/ Zeb-Michael Curtin
                                             ZEB-MICHAEL CURTIN
                                             Attorneys for Defendant
                                             AMERIPRISE FINANCIAL SERVICES, INC.

DECLARATION RE ORDER SHORTENING TIME
CASE NO. C 07-3168
-3-