UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SYLVIA JOHNSON, individually and
on behalf of all other similarly situated,

      Plaintiffs,

    v.

AMERIPRISE FINANCIAL SERVICES, INC.,

      Defendant.
_____/

No. C 07-3168 PJH

**ORDER OF REFERENCE
TO MAGISTRATE JUDGE**

      Pursuant to Local Rule 72-1, this matter is referred to a Magistrate Judge for resolution of defendant's Motion for Order Regarding Discovery Pursuant to Federal Rules of Civil Procedure 23(d) and 26(c), the parties' Stipulated Request for Order Shortening Time in connection with same, and for all further discovery.

      The parties will be advised of the date, time and place of appearance by notice from the assigned magistrate judge.

      IT IS SO ORDERED.

Dated: January 31, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge

cc: Wings, Assigned M/J, counsel of record