Scott Edward Cole, Esq. (S.B. #160744)
Matthew R. Bainer, Esq. (S.B. #220972)
Kevin R. Allen, Esq. (S.B. # 237994)
**SCOTT COLE & ASSOCIATES, APC**
1970 Broadway, Ninth Floor
Oakland, California 94612
Telephone: (510) 891-9800
Facsimile:  (510) 891-7030
www.scalaw.com

Attorneys for Representative Plaintiff
and the Plaintiff class

Karen E. Wentzel (SBN 112179)
**DORSEY & WHITNEY LLP**
1717 Embarcadero Road
Palo Alto, California 94303
(650) 857-1717 : phone
(650) 857-1288 : fax
Email:  efilingPA@dorsey.com

Edward B. Magarian (admitted *pro hac vice*)
Zeb-Michael Curtin (admitted *pro hac vice*)
**DORSEY & WHITNEY LLP**
Suite 1500, 50 South Sixth Street
Minneapolis, Minnesota 55402
(612) 340-2600 : phone
(612) 340-2777 : fax
Email:  magarian.edward@dorsey.com
         curtin.zeb@dorsey.com

Attorneys for Defendant
AMERIPRISE FINANCIAL
SERVICES, INC.

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| SYLVIA JOHNSON, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMERIPRISE FINANCIAL SERVICES, INC.,<br><br>Defendants. | Case No.  C 07-03168 PJH<br><br>**STIPULATED REQUEST FOR ORDER SHORTENING TIME FOR NOTICE AND HEARING OF DEFENDANT'S MOTION FOR ORDER REGARDING DISCOVERY PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 23(d) AND 26(c)** |

Pursuant to Civil Local Rule 6-2, the parties, through their counsel, hereby request the Court to enter an order shortening the time for notice and hearing of Defendant's Motion for Order Regarding Discovery Pursuant to Federal Rules of Civil Procedure 23(d) and 26(c). Specifically, the parties ask that the above-referenced motion be heard by this Court on February 27, 2007, at 9:00 a.m.—which is the same date and time this Court is scheduled to hear Defendant's pending Motion for Leave to File Amended Answer and Counterclaim. As described in the contemporaneously-filed Declaration of Zeb-Michael Curtin in support of this Stipulated Request, having both motions heard at the same time will further judicial economy. Additionally, Defendant believes a hearing before this Court on shortened time is important to protecting Defendant's interests and the interests of its employees and clients who are not members of the putative class in this case.

The parties hereby request that the Court establish the following briefing and hearing schedule on the above-referenced motion:

1. Defendant's motion has been filed on January 30, 2008;
2. Plaintiff's opposition to Defendant's motion is to be filed no later than Friday, February 15, 2008;
3. Defendant's reply is to be filed no later than Friday, February 22, 2008; and
4. The Court will hold its hearing on Defendant's motion on Wednesday, February 27, 2008, at 9:00 a.m.

Dated: January 30, 2008         DORSEY & WHITNEY LLP

                                By:_____/s/ Zeb-Michael Curtin_____
                                    ZEB-MICHAEL CURTIN
                                    Attorneys for Defendant
                                    Ameriprise Financial Services, Inc.

Dated: January 30, 2008         SCOTT COLE & ASSOCIATES, APC

                                By:_____/s/ Carrie S. Lin_____
                                    CARRIE S. LIN
                                    Attorneys for Representative Plaintiff
                                    and the Plaintiff Class

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: February 5, 2008

BY THE COURT:

**DENIED**
*/s/ James Larson*
Judge James Larson

Hon. _____
United States _____

The Motion shall be heard March 12, 2008 at 9:30 a.m., Courtroom F, 15th Floor.

**STIPULATED REQUEST RE SHORTENING TIME**
**CASE NO. C 07-3168**

-3-