Scott Edward Cole, Esq. (S.B. #160744)
Matthew R. Bainer, Esq. (S.B. #220972)
Carrie S. Lin, Esq. (S.B. #241849)
**SCOTT COLE & ASSOCIATES, APC**
1970 Broadway, Ninth Floor
Oakland, California 94612
Telephone: (510) 891-9800
Facsimile: (510) 891-7030
web:     www.scalaw.com

Attorneys for Representative Plaintiff
and the Plaintiff Class

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| SYLVIA JOHNSON, individually, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>AMERIPRISE FINANCIAL SERVICES, INC.,<br><br>    Defendant. | **Case No.:  C07-3168 PJH**<br><br>**CLASS ACTION**<br><br>**DECLARATION OF CARRIE S. LIN, ESQ. IN OPPOSITION TO DEFENDANT'S MOTION FOR LEAVE TO FILE AMENDED ANSWER AND COUNTERCLAIM**<br><br>Date:       February 27, 2008<br>Time:       *To Be Determined*<br>Location:  Courtroom 3<br>Judge:      Hon. Phyllis Hamilton |

I, CARRIE S. LIN, declare:

    1.    I am an attorney-at-law, licensed to practice in the Northern District Court, and am an associate attorney of the law offices of Scott Cole & Associates, APC, attorneys-of-record for the Plaintiff in the above-entitled proceeding. I make these statements based on personal knowledge and would so testify if called as a witness.

    2.    I am submitting this declaration in Opposition to Defendant's Motion for Leave to File Amended Answer and Counterclaim.

    3.    Attached hereto as "Exhibit A" is a true and correct copy of Presiding Judge Phyllis J. Hamilton's Minute Order of October 11, 2007.

1      4.    Attached hereto as "Exhibit B" is a true and correct copy of Defendant's Proposed Amended Answer and Counterclaim to Plaintiff's Complaint.

    5.    Attached hereto as "Exhibit C" is a true and correct copy of my letter of November 26, 2007, to counsel for Defendant.

    6.    Attached hereto as "Exhibit D" is a true and correct copy of the Electronic Notification I received on December 20, 2007 of Defendant's Motion.

Executed on this 6th day of February 2008 at Oakland, California.

/s/ Carrie S. Lin  
Carrie S. Lin, Esq.

SCOTT COLE & ASSOCIATES, APC  
ATTORNEYS AT LAW  
THE WACHOVIA TOWER  
1970 BROADWAY, NINTH FLOOR  
OAKLAND, CA 94612  
TEL: (510) 891-9800