SCOTT EDWARD COLE, ESQ.
MATTHEW R. BAINER, ESQ.
KEVIN R. ALLEN, ESQ.
CARRIE S. LIN, ESQ.
SUSAN L. JORDAN, ESQ.

CARRIE S. LIN, ESQ.
Writer's E-Mail: clin@scalaw.com

**SCOTT COLE & ASSOCIATES**
A PROFESSIONAL CORPORATION
ATTORNEYS & COUNSELORS
THE WORLD SAVINGS TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CALIFORNIA 94612

Telephone: (510) 891-9800
Facsimile: (510) 891-7030

SCA Web Site: www.scalaw.com

November 26, 2007

VIA EMAIL & U.S. MAIL
Magarian.Edward@dorsey.com

Edward Magarian, Esq.
Dorsey & Whitney
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402

   re: **Johnson v. Ameriprise Financial Services**

Dear Mr. Magarian:

We have received and reviewed your proposed amended answer and counterclaim in the above-referenced matter. We cannot stipulate to your client's amended answer for several reasons, some of which are outlined below.

The third and sixteenth affirmative defenses listed in your proposed amended answer are barred by law. In *Murphy v. Kenneth Cole*, the California Supreme Court expressly stated that monies owed pursuant to California Labor Code Section 226.7 are wages, not penalties. 40 Cal.4th 1094 (2007). Accordingly, plaintiff Sylvia Johnson's claims were timely brought, and class claims properly plead, under the applicable statute of limitations. Further, Plaintiff and putative class members very clearly have a private right of action in the claims listed in the Complaint.

The conditional counter-claim is similarly flawed. Your client seeks to recover a monetary "offset" from named Plaintiff, and the entire putative class, in the event that your client is found to have mis-classified its P2 Advisors as franchisees rather than employees. This conditional counter-claim must fail for the exact same equitable reasons that your client cites in support thereof.

We understand that you will be filing your Motion to Amend shortly, and will undoubtedly be in contact at that time. In the meantime, please feel free to call or email me with any questions or concerns you have.

              Very truly yours,

              CARRIE S. LIN

CSL:mlr

cc: Scott Edward Cole, Esq.
   Karen Wentzel, Esq.
   Zeb Curtin, Esq.

\\cole-sql\share1\Shared\Clients\Johnson\Correspondence\Counsel\2007\Outgoing\Magarian.k26.wpd