### Carrie S. Lin

| | |
|---|---|
| **From:** | ECF-CAND@cand.uscourts.gov |
| **Sent:** | Thursday, December 20, 2007 2:59 PM |
| **To:** | efiling@cand.uscourts.gov |
| **Subject:** | Activity in Case 3:07-cv-03168-PJH Johnson v. Ameriprise Financial Services, Inc. Motion to Amend/Correct |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

U.S. District Court

Northern District of California

**Notice of Electronic Filing or Other Case Activity**

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
*If there is no second hyperlink, there is no electronic document available .*
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at https://ecf.cand.uscourts.gov for more information.

The following transaction was received from by Wentzel, Karen entered on 12/20/2007 2:58 PM PST and filed on 12/20/2007

| | |
|---|---|
| **Case Name:** | Johnson v. Ameriprise Financial Services, Inc. |
| **Case Number:** | 3:07-cv-3168 |
| **Filer:** | Ameriprise Financial Services, Inc. |
| **Document Number:** | 31 |

**Docket Text:**
**MOTION to Amend/Correct** *Answer and Leave to file Counter-claim* **filed by Ameriprise Financial Services, Inc.. Motion Hearing set for 2/20/2008 09:00 AM in Courtroom 3, 17th Floor, San Francisco. (Attachments: # (1) Declaration, # (2) Exhibit, # (3) Proposed Order)(Wentzel, Karen) (Filed on 12/20/2007)**

**3:07-cv-3168 Notice has been electronically mailed to:**

Kevin Robert Allen    kallen@scalaw.com

Matthew Roland Bainer    mrbainer@scalaw.com, clin@scalaw.com, dbrown@scalaw.com, fquan@scalaw.com, kallen@scalaw.com, rramirez@scalaw.com, sjordan@scalaw.com

Scott Edward Cole    scole@scalaw.com, clin@scalaw.com, kallen@scalaw.com, mroberts@scalaw.com, sjordan@scalaw.com

Zeb-Michael Curtin    curtin.zeb@dorsey.com

Carrie S. Lin    clin@scalaw.com

Edward Brian Magarian    magarian.edward@dorsey.com, hilgers.sheri@dorsey.com

Karen Elizabeth Wentzel    eFilingPA@dorsey.com, wentzel.karen@dorsey.com

**3:07-cv-3168 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Documents and Settings\kalb.susan\Desktop\Ameriprise Motion for Leave to Amend FINAL.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=12/20/2007] [FileNumber=4004943-0]
[a0917da15e29060de35c49de750a4864d87553ba604705c6cc5900e0488f2d3e61c7
cbbb034f99b7589c755ff71cebdf1650e81ad0e7c1b19acc9e28d5fabfeb]]
**Document description:** Declaration
**Original filename:** C:\Documents and Settings\kalb.susan\Desktop\Declaration of E. Magarian .PDF
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=12/20/2007] [FileNumber=4004943-1]
[3c9b9b15123a9afa6489f980d38819992f570cd2f92d351f0ae9e999236edf61c7b4
b0d8c509cfcf50ffbf1e70ace52e378d119718d05c451f689e02a201de0b]]
**Document description:** Exhibit
**Original filename:** C:\Documents and Settings\kalb.susan\Desktop\Magarian Declaration Exhibits .pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=12/20/2007] [FileNumber=4004943-2]
[2b325de6321c42abcedc95d2c6cf1e80ac41502d2fb4e16ce25df0762f16eb17c04f
e9798d8a344a30ecf237f793450b2fa577857447c24285ab9fa71ecc5426]]
**Document description:** Proposed Order
**Original filename:** C:\Documents and Settings\kalb.susan\Desktop\Proposed Order .pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=12/20/2007] [FileNumber=4004943-3]
[98593218e3d7cac124b140f2bb317aed3a314d884a74567c94b7053d695e536604a7
a949cfb25a7f22db091dd1fcbaaa4957d7bcd2aad35313567a3331ebf33e]]

2/3/2008