Scott Edward Cole, Esq. (S.B. #160744)
Matthew R. Bainer, Esq. (S.B. #220972)
Carrie S. Lin, Esq. (S.B. #241849)
**SCOTT COLE & ASSOCIATES, APC**
1970 Broadway, Ninth Floor
Oakland, California 94612
Telephone: (510) 891-9800
Facsimile:  (510) 891-7030
web:    www.scalaw.com

Attorneys for Representative Plaintiff
and the Plaintiff Class

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| SYLVIA JOHNSON, individually, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br>vs.<br><br>AMERIPRISE FINANCIAL SERVICES, INC.,<br><br>    Defendant. | **Case No.:  C07-3168 PJH**<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER DENYING DEFENDANT'S MOTION FOR LEAVE TO FILE AMENDED ANSWER AND COUNTERCLAIM**<br><br>Date:       February 27, 2008<br>Time:       *To Be Determined*<br>Location:  Courtroom 3<br>Judge:      Hon. Phyllis Hamilton |

This matter, having come before this Court on February 27, 2008 with Scott Cole & Associates, APC, appearing as counsel for plaintiff Sylvia Johnson, and Dorsey & Whitney LLP, appearing as counsel for defendant Ameriprise Financial Services, Inc., on proof being made to the satisfaction of the Court and good cause appearing therefor,

**IT IS HEREBY ORDERED** that:

Defendant's Motion for Leave to File Amended Answer and Counterclaim is **DENIED**.

- 2 -

1  **IT IS SO ORDERED.**

3  Dated: February ___, 2008

_____
Hon. Phyllis Hamilton
United States District Judge

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

- 2 -
[Proposed] Order Denying Defendant's Motion for Leave to File Amended Answer and Counterclaim