Karen E. Wentzel (SBN 112179)
DORSEY & WHITNEY LLP
1717 Embarcadero Road
Palo Alto, California 94303
(650) 857-1717 : phone
(650) 857-1288 : fax
Email: efilingPA@dorsey.com

Edward B. Magarian (admitted *pro hac vice*)
Zeb-Michael Curtin (admitted *pro hac vice*)
DORSEY & WHITNEY LLP
Suite 1500, 50 South Sixth Street
Minneapolis, Minnesota 55402
(612) 340-2600 : phone
(612) 340-2777 : fax
Email: magarian.edward@dorsey.com
          curtin.zeb@dorsey.com

Attorneys for Defendant
AMERIPRISE FINANCIAL
SERVICES, INC.

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SYLVIA JOHNSON, individually, and on behalf of all others similarly situated,<br><br>              Plaintiffs,<br><br>v.<br><br>AMERIPRISE FINANCIAL SERVICES, INC.,<br><br>              Defendants. | **Case No.  C 07-03168 PJH**<br><br>**DECLARATION OF ZEB-MICHAEL CURTIN** |

STATE OF MINNESOTA    )
                                              )
COUNTY OF HENNEPIN   )

I, Zeb-Michael Curtin, declare:

I am an attorney with the law firm of Dorsey & Whitney LLP, counsel of record for Defendant in the above-captioned action. I submit this declaration in support of Defendant's

1  Reply Memorandum Regarding Motion for Leave to File Amended Answer and Counterclaim.

2      1.    Attached hereto as Exhibit A is a true and correct copy of the Franchise
3  Agreement execution page signed by Plaintiff Sylvia Johnson.

4      2.    Attached hereto as Exhibit B is a true and correct copy of the decision of <u>Ticconi
5  v. Blue Shield of Calif. Life & Health Ins. Co.</u>, 68 Cal.Rptr.3d 785, 797 (2007).

6  I declare under penalty of perjury that the foregoing is true and correct. Signed at
7  Minneapolis, Minnesota, this 13th day of February, 2008.

8

9                  <u>s/ Zeb-Michael Curtin</u>
10                 Zeb-Michael Curtin

-2-

**DECLARATION OF ZEB-MICHAEL CURTIN**
**CASE NO. C 07-3168**