1  Scott Edward Cole, Esq. (S.B. #160744)
   Matthew R. Bainer, Esq. (S.B. #220972)
2  Carrie Lin, Esq. (S.B. #241849)
   **SCOTT COLE & ASSOCIATES, APC**
3  1970 Broadway, Ninth Floor
   Oakland, California 94612
4  Telephone: (510) 891-9800
   Facsimile: (510) 891-7030
5  www.scalaw.com

6  Attorneys for Representative Plaintiff
   and the Plaintiff Class

7

8              **UNITED STATES DISTRICT COURT**

9      **NORTHEN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

10

11 SYLVIA JOHNSON, individually, and   )   **Case No.: C07-3168 JL**
   on behalf of all others similarly situated, )
12                                       )   **CLASS ACTION**
                          Plaintiffs,    )
13 vs.                                   )   **DECLARATION OF CARRIE S. LIN, ESQ.**
                                         )   **IN OPPOSITION TO DEFENDANT**
14 AMERIPRISE FINANCIAL                  )   **AMERIPRISE FINANCIAL SERVICES,**
   SERVICES, INC.,                       )   **INC.'S MOTION FOR ORDER**
15                                       )   **REGARDING DISCOVERY PURSUANT TO**
                          Defendant,     )   **FEDERAL RULES OF CIVIL PROCEDURE**
16                                       )   **23(d) AND 26(c)**
                                         )
17                                       )   Date:      March 12, 2008
                                         )   Time:      9:30 a.m.
18                                       )   Courtroom: 3
   _____ )   Judge:     Hon. James Larson
19

20 I, CARRIE S. LIN, hereby declare as follows:

21        1.      I am an attorney-at-law, licensed to practice in the Northern District, and am an

22 associate attorney at the law offices of Scott Cole & Associates, APC, attorneys-of-record for the

23 Plaintiff in the above-entitled proceeding. I make these statements based on personal knowledge,

24 and would so testify if called as a witness.

25        2.      I make this declaration in Opposition to defendant Ameriprise Financial Services,

26 Inc.'s Motion for Order Regarding Discovery Pursuant to Federal Rules of Civil Procedure 23(d)

27 and 26(c).

28

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

3.    A true and correct copy of Plaintiff's Complaint is attached hereto as Exhibit A.

4.    On October 22, 2007, Edward Magarian, counsel for defendant Ameriprise Financial Services, Inc. sent a letter requesting that Plaintiff dismiss the underlying action. In the letter, Mr. Magarian writes: "[i]f P-2 Advisors were truly employees, then they would have received the pay-out at the rates applicable to employee advisors... ." A true and correct copy of that letter is attached hereto as Exhibit B.

5.    On December 20, 2007, Ameriprise filed a Motion for Leave to Amend its Answer. In particular, Ameriprise wished to add the following defense and conditional counter-claim: "[i]n the event the court were somehow to determine that Plaintiff and/or putative class members were employees of Ameriprise Financial...and/or this court were somehow to determine that the class proposed by Plaintiff should be certified, which it should not, Plaintiff and/or the putative class members would be obligated to repay to Ameriprise Financial the difference between the payouts they received as franchisees pursuant to the P2 Independent Advisor Platform and that to which they would have been entitled as P1 employee advisors." A true and correct copy of Defendant's proposed conditional counter-claim is attached hereto as Exhibit C.

6.    I have reviewed various documents describing Ameriprise's policies and procedures regarding "P-1" and "P-2" Advisors, and see substantial similarities in the work-duties of both platforms.

7.    A true and correct copy of the January 8, 2008 Newsletter is attached hereto as Exhibit D.

8.    A true and correct copy of Mr. Magarian's letter of January 22, 2008 is attached hereto as Exhibit E.

9.    A true and correct copy of an email sent by Mr. Magarian on January 24, 2008, is attached hereto as Exhibit F.

10.    On January 28, 2008, I spoke on the phone with Mr. Magarian regarding the Newsletter. At that time, I stated that we would disclose all non-privileged documents in our possession received from P-1 Employee Advisors and putative class members, as dictated by FRCP 26.

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
1970 BROADWAY, NINTH FLOOR
THE WACHOVIA TOWER
OAKLAND, CA 94612
TEL: (510) 891-9800

Executed on this 20th day of February 2008, at Oakland, California.

/s/Carrie S. Lin
Carrie S. Lin, Esq.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

Declaration of Carrie S. Lin, Esq. In Support of Plaintiff's Opposition