UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES**

**Date:** February 27, 2008                **JUDGE:**  Phyllis J. Hamilton

**Case No:**  C-07-3168  PJH

**Case Name:** Sylvia Johnson v. Ameriprise Financial Services

**Attorney(s) for Plaintiff:**         Carrie S. Lin
**Attorney(s) for Defendant:**      Edward B. Magarian

**Deputy Clerk**: Nichole Heuerman                **Court Reporter**: Kathy Wyatt

PROCEEDINGS

The court informs both sides that the briefs submitted to the court do not comply with the local rule regarding footnotes.  Any further briefs that contain footnotes that do not comply with the local rule will be stricken.

Defendant's Motion for Leave to File Amended Answer and Counterclaim-GRANTED as stated on the record.

**Order to be prepared by:**  [] Pl [] Def  [x]  Court

**Notes:**

**cc:** file