Karen E. Wentzel (SBN 112179)
DORSEY & WHITNEY LLP
1717 Embarcadero Road
Palo Alto, California 94303
(650) 857-1717 : phone
(650) 857-1288 : fax
Email: efilingPA@dorsey.com

Edward B. Magarian (admitted *pro hac vice*)
Zeb-Michael Curtin (admitted *pro hac vice*)
DORSEY & WHITNEY LLP
Suite 1500, 50 South Sixth Street
Minneapolis, Minnesota 55402
(612) 340-2600 : phone
(612) 340-2777 : fax
Email: magarian.edward@dorsey.com
       curtin.zeb@dorsey.com

Attorneys for Defendant
AMERIPRISE FINANCIAL
SERVICES, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYLVIA JOHNSON, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMERIPRISE FINANCIAL SERVICES, INC.,<br><br>Defendants. | Case No. C 07-03168 PJH/JL<br><br>**DECLARATION OF STEPHANIE RUSTAD** |

STATE OF MINNESOTA   )
                     )
COUNTY OF HENNEPIN   )

I, Stephanie Rustad, declare:

1.   I am employed by Defendant Ameriprise Financial Services, Inc. as Vice President Privacy / Chief Privacy Officer. I submit this Declaration in support of Defendant's Reply

-1-

DECLARATION OF STEPHANIE RUSTAD
CASE NO. C 07-3168

Memorandum Regarding Motion for Order Regarding Discovery Pursuant to Federal Rules of Civil Procedure 23(d) and 26(c).

2. Many Company documents contain client confidential information, including, but not limited to, advisors' commission statements, compliance paperwork, client account records, and advisor copies of client statements.

3. Attached hereto as Exhibit A is a true and correct copy of Ameriprise Financial's June 2007 Privacy Notice, entitled "Your Privacy Matters."

I declare under penalty of perjury that the foregoing is true and correct. Signed at Minneapolis, Minnesota, this 27th day of February, 2008.

s/ Stephanie Rustad
Stephanie Rustad

# Ameriprise Financial

## Your privacy matters
### June 2007 privacy notice

**An Important Notice Concerning Client Privacy**
Protecting your privacy is a top priority of Ameriprise Financial and its affiliates. We value the confidence you have placed in us and are committed to ensuring that the client information we maintain about you is safeguarded.

This Privacy Notice ("Notice") explains how the Ameriprise Financial companies collect, share and protect your personal information. This Notice also gives you valuable information on the choices you have about how we use your personal information. Please read this Notice carefully to understand what we do. Any privacy choices you made under our prior Notice will remain in effect until revoked by you.

This Notice applies to the Ameriprise Financial companies listed at the end of this Notice.

**Information We Collect About You**
We may collect the following types of nonpublic personal information about you from the following sources:

(1) information we receive from you on applications or other forms when you open an account, register for one of our products or services, or accept a promotional offer for a product or service from us or companies related to us through common ownership or control ("Affiliates") (such as your name, address, Social Security number, phone number, email address, assets, income, financial goals, investment objectives and motor vehicle information);

(2) information about your transactions with us, Affiliates or others (such as your account balance, payment history, parties to transactions, health care information, claims history, and use of products and services); and,

(3) information we receive from a consumer reporting agency (such as your creditworthiness and credit history).

We call all of the personal information described above and elsewhere in this Notice "Client Information."

**Confidentiality and Security of Client Information**
We restrict access to nonpublic Client Information to those persons who need to know that information. We maintain physical, electronic and procedural safeguards to protect your Client Information. We will not sell your Client Information to anyone.

**Use of Client Information**
We use Client Information for: (1) our everyday business purposes, such as processing transactions, maintaining your account, reporting to credit bureaus, providing financial advice, verifying your identity, and fulfilling legal and regulatory obligations; (2) our marketing purposes, namely to offer our products and services to you; and (3) joint marketing with other companies.

**Disclosure of Client Information to Affiliates**
We may share Client Information with our Affiliates in order to (1) provide financial advice and information to help you meet your financial goals; (2) service your account; and (3) offer our products and services to you.

The Client Information we share with Affiliates includes identification and contact information and general information about your transactions and experiences with us. We do not share credit information with our Affiliates for marketing purposes. We do not share information relating to your physical or mental health or the provision of health care to you ("Health Information") that we collect directly or that we obtain from consumer investigation reports except to underwrite or administer your insurance policy or related claims or to administer your annuity contract, as required by law or as authorized by you.

You have a choice about the offers that are sent to you by our Affiliates as explained in Opt-Out Choice A.

**Disclosure of Client Information to Outside Companies**
We may share Client Information with outside companies and other third parties in limited circumstances:

(1) to help us process transactions for your account;

(2) to service your account or perform other business functions on our behalf, such as mail and print vendors;

(3) when disclosure is required or permitted by law. For example, we may be required to disclose Client Information to cooperate with law enforcement and regulatory authorities, to resolve client disputes, and to perform credit checks and authentication procedures to prevent fraud; and

(4) when we enter into a joint marketing agreement with another financial institution to provide financial products and services that we believe may be of benefit to you.

When we share Client Information with outside companies or third parties, we require them to safeguard this information and only use it for the agreed upon purpose.

We do not share Client Information, except as described in this section, with outside companies so they can market their products and services directly to you. However, we may use Client Information to send you marketing offers on behalf of selected outside companies for products that they sell. If you respond to one of these offers, the other company will know certain information about you, such as your name, that you are our client and that you met the qualifications established for the offer. You may direct us not to use your Client Information for this purpose as described in Opt-Out Choice B.

200209-50

L (06/07)[1]

**EXHIBIT A**

### Ameriprise Certificate Company

Ameriprise Certificate Company does not disclose any nonpublic personal information about its customers or former customers to anyone, except in two circumstances. Ameriprise Certificate Company discloses information to companies, whether or not affiliated, that help it by providing services to you. Ameriprise Certificate Company also discloses information when it is permitted or required by law.

Ameriprise Certificates may only be purchased through Ameriprise Financial. Therefore, if you hold an Ameriprise Certificate, Ameriprise Financial has a customer relationship with you and may independently collect information from you. The choices described below apply to you as a customer of Ameriprise Financial.

### You Have Choices About How We Use and Disclose Client Information

You have choices about offers that may be sent to you. Your opt-out choices and how to opt out are explained below. We will treat an opt-out instruction by a joint accountholder as applying to all of the associated joint accountholders.

**A. Offers For Products and Services from Our Affiliates (Opt-Out Choice A)**

Our Affiliates include companies that provide investment advisory, broker-dealer, insurance, and asset management products and services. We may disclose certain Client Information to our Affiliates in order to service your accounts and to develop and send you offers for their products and services. You may opt out of receiving separate marketing offers from our Affiliates. If you choose Opt-Out Choice A, we may still share information with our Affiliates as permitted by law, but our Affiliates will not use this information to send you marketing offers. Also, we or, if applicable, your Ameriprise financial advisor(s) may still use Client Information to offer products and services sold by them, and call you and send you mail to service your existing relationship or to provide account-related information, including pre-printed marketing materials inserted in those mailings.

To opt out of receiving marketing offers from our Affiliates, call us at (800) 297-8018.

**B. Offers for Products and Services of Other Companies (Opt-Out Choice B)**

You may direct us not to use your Client Information for the purpose of sending you offers for products and services on behalf of outside companies by selecting Opt-Out Choice B.

To opt out of receiving marketing offers from us on behalf of outside companies, call us at (800) 297-8018.

### Additional State Opt-Out Information

In states where additional notification is required before you can provide an effective opt-out, we will contact you separately regarding your opt-out choices.

If any of your accounts with us has a Vermont mailing address, we will automatically treat your accounts as if you chose Opt-Out Choices A and B as described in this Notice. Also, we will not obtain consumer credit reports about you without your consent.

If any of your accounts with us has a New Mexico mailing address, we will automatically treat all of your accounts as if you chose Opt-Out Choice B as described in this Notice.

### Former Clients

If you close an account, your account becomes inactive, or you are no longer a client, we will continue to treat and safeguard your Client Information as described in this Notice.

### Internet Privacy Statement and Email Offers

Our Internet Privacy Statement is available on our website: ameriprise.com. We may send you email offers for our products and services, and those of our Affiliates and other companies we work with. However, we do not share email addresses with outside companies for them to market their own products and services to you.

To opt out of receiving these email offers, go to: ameriprise.com/preferences.

### Ameriprise Financial Companies

The Ameriprise Financial brand represents the wide variety of financial products and services available from the Ameriprise Financial companies. More information is available from your financial advisor or on our website: ameriprise.com

This Notice is addressed to clients in the United States who may have purchased or received products and services from any of the following companies:

**Ameriprise Financial, Inc.**

**Ameriprise Financial Services, Inc.**

**Ameriprise Bank, FSB**

**Ameriprise Certificate Company**

**American Enterprise Investment Services, Inc.**

**Ameriprise Trust Company**

**RiverSource Life Insurance Company**

**RiverSource Life Insurance Company of New York**

**RiverSource Investments, LLC**

**RiverSource Service Corporation.**

**RiverSource Distributors, Inc.**

OPT-OUT CHOICES: If you choose to opt out as described in this Notice, call (800) 297-8018. If you have already given us your choices, you do not need to respond.



70100 Ameriprise Financial Center
Minneapolis, MN 55474-0701
ameriprise.com
© 2006 -2007 Ameriprise Financial, Inc.
All rights reserved.