# CIVIL MINUTES

**Chief Magistrate Judge James Larson**          **Kathy Wyatt - Court Reporter**

Date: **March 12, 2008**

Case No: **C07-3168 PJH (JL)**

Case Name: **Sylvia Johnson v. Ameriprise Financial Services**
Plaintiff Attorney(s): Scott Cole
Defendant Attorney(s): Karen Wentzel
Deputy Clerk: **Wings Hom**

| **Motions** | **RULING:** |
|---|---|
| 1. Deft's mo for protective ord | Submitted |
| 2. | |
| 3. | |
| 4. | |
| 5. | |
| 6. | |

[ ]Case Management Conference  [ ] Status Conference  [] P/T Conference
**ORDERED AFTER HEARING:**
**Order to be prepared by:** [ ] Plntf  [ ] Deft  [X]  Court
**Case continued to:**

**PRETRIAL SCHEDULE:**
Discovery cutoff:
Expert disclosure:
Expert discovery cutoff:
Motions hearing date:
Pretrial Conference:
Trial:  at , set for days.
         [ ] Jury  [ ]  Court


Notes:



cc: Venice, Kathleen, Nichole