SCOTT EDWARD COLE, ESQ.
MATTHEW R. BAINER, ESQ.
KEVIN R. ALLEN, ESQ.
CARRIE S. LIN, ESQ.

CARRIE S. LIN, ESQ.
Writer's E-Mail: clin@scalaw.com

**SCOTT COLE & ASSOCIATES**
A PROFESSIONAL CORPORATION
ATTORNEYS & COUNSELORS
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CALIFORNIA 94612

Telephone: (510) 891-9800
Facsimile: (510) 891-7030

SCA Web Site: www.scalaw.com

May 14, 2008

NOTICE

re:   **NOTICE TO P-1 EMPLOYEE ADVISORS**

Dear P-1 Financial Advisor:

As you may remember from our previous Newsletter, our law firm has filed a class action lawsuit against Ameriprise Financial on behalf of P-2 Independent Advisors who are or were affiliated with Ameriprise Financial in California at any time after May 17, 2003. The lawsuit alleges that Ameriprise Financial mis-classifies its P-2 Independent Advisors as Franchisees rather than employees. Ameriprise Financial has denied those allegations.

We understand that you are or were employed by Ameriprise Financial as a P-1 Employee Advisor during the relevant time period. As indicated in our previous Newsletter, P-1 Employee Advisors are not putative class members to this action. Therefore, we do not represent you in this action.

We write simply to clarify our statement in our previous Newsletter that "you have the right to communicate with our office on a confidential basis." We did not intend to convey in the Newsletter that all communications with this classifies its P-2 Independent Advisors as Franchisees rather than employees. Ameriprise Financial has denied those allegations.

We understand that you are or were employed by Ameriprise Financial as a P-1 Employee Advisor during the relevant time period. As indicated in our previous Newsletter, P-1 Employee Advisors are not putative class members to this action. Therefore, we do not represent you in this action.

We write simply to clarify our statement in our previous Newsletter that "you have the right to communicate with our office on a confidential basis." We did not intend to convey in the Newsletter that all communications with this office would automatically be entitled to confidentiality. To err on the side of caution, you should assume that communications with this office regarding our lawsuit against Ameriprise Financial on behalf of P-2 Independent Advisors will not be kept confidential from Ameriprise Financial.

We also wish to emphasize that you cannot provide us with confidential documents you obtained from Ameriprise Financial.

Thank you for taking the time to read this.

Very truly yours,

CARRIE S. LIN

CSL:lac