SCOTT EDWARD COLE, ESQ.
MATTHEW R. BAINER, ESQ.
KEVIN R. ALLEN, ESQ.
CARRIE S. LIN, ESQ.

CARRIE S. LIN, ESQ.
Writer's E-Mail: clin@scalaw.com

**SCOTT COLE & ASSOCIATES**
A PROFESSIONAL CORPORATION
ATTORNEYS & COUNSELORS
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CALIFORNIA 94612

Telephone: (510) 891-9800
Facsimile: (510) 891-7030

SCA Web Site: www.scalaw.com

May 15, 2008

Chief Magistrate Judge James Larson
Courtroom F, 15th Floor
United States District Court
450 Golden Gate Ave.
San Francisco, CA 94102

   re: Johnson v. Ameriprise

Dear Judge Larson:

Pursuant to your Order of April 4, 2008, the parties have met and conferred in the above-referenced case and jointly submit this proposed Corrective Notice for your approval.

                   Very truly yours,

                   CARRIE S. LIN

GBR:njp

cc: Scott Edward Cole, Esq.
   Edward B. Magarian, Esq.
   Karen Wentzel, Esq.
   Zeb Curtin, Esq.

\\scl-oak-sql1\shared\Clients\Johnson\Correspondence\General\2008\Outgoing\Larson.e15.wpd