Karen E. Wentzel (SBN 112179)
DORSEY & WHITNEY LLP
1717 Embarcadero Road
Palo Alto, California 94303
(650) 857-1717 : phone
(650) 857-1288 : fax
Email: efilingPA@dorsey.com

Edward B. Magarian (admitted *pro hac vice*)
Zeb-Michael Curtin (admitted *pro hac vice*)
DORSEY & WHITNEY LLP
Suite 1500, 50 South Sixth Street
Minneapolis, Minnesota 55402
(612) 340-2600 : phone
(612) 340-2777 : fax
Email: magarian.edward@dorsey.com
       curtin.zeb@dorsey.com

Attorneys for Defendant
AMERIPRISE FINANCIAL
SERVICES, INC.

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SYLVIA JOHNSON, individually, and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br>v.<br><br>AMERIPRISE FINANCIAL SERVICES, INC.,<br><br>　　　　　　　　Defendant. | Case No.  C 07-03168 PJH/JL<br><br>**DEFENDANT'S LOCAL RULE 7-11 MOTION TO EXCEED OTHERWISE APPLICABLE PAGE LIMITS**<br><br>**Before:**<br>**Chief Magistrate Judge James Larson** |

PLEASE TAKE NOTICE that Defendant Ameriprise Financial Services, Inc. ("Ameriprise Financial") hereby moves pursuant to Local Rule 7-11 for leave to exceed otherwise applicable page limits, as detailed below.

Local Rule 7-11 authorizes motions for administrative relief "such as motions to exceed otherwise applicable page limitations." Ameriprise Financial respectfully requests leave from the otherwise-applicable discovery-dispute procedure set forth in this Court's Standing Order, which provides: "If, after a good faith effort, the parties have not resolved their [discovery] dispute, they shall prepare a concise joint statement of 5 pages or less, stating the nature and status of their dispute. Parties shall not file affidavits or exhibits. If a joint statement is not possible, each side may submit a brief individual statement of 2 pages or less." *Id.* at § 8. As detailed below, Ameriprise Financial seeks leave to submit a motion to compel discovery consisting of approximately 2 pages of factual background and 3 pages of argument, and to supplement its motion with a declaration and no more than two exhibits which will provide helpful background for the Court in assessing the dispute.[1]

Although there is only one document request at issue, the documents Ameriprise Financial seeks to discover go to the heart of Plaintiff's claims, and the resolution of the motion to compel will involve several legal issues.

Defendant propounded the following document request on Plaintiff to obtain information relevant to Plaintiff's claim for business expenses (*see* Complaint ¶¶ 44-52) and her adequacy to serve as a representative of the class she seeks to represent:

**DEFENDANT'S REQUEST FOR PRODUCTION NO. 23:**

> Complete and signed sets of you and your franchise's federal and state income tax returns, with all schedules and exhibits, for the years 1989 and 1990 and 2000 through the present.

**PLAINTIFF'S RESPONSE:**

> Plaintiff objects to this request insofar as it seeks writings and/or other tangible things within equal custody and control of Defendant. Plaintiff also

---

[1] As required by Local Rule 7-11(a), on June 16, 2008, Defendant's counsel informed Plaintiff's counsel of Defendant's intention to file the instant motion and sought a stipulation, but Plaintiff's counsel declined the offer. Declaration of Zeb-Michael Curtin ¶ 4.

-1-

**DEF.'S MOTION TO EXCEED PAGE LIMITS**
**CASE NO. C 07-3168 PJH/JL**

       objects to this request insofar as it violates Plaintiff's constitutional right to privacy. Plaintiff additionally objects to this request as it is intended to, and does, cause unwarranted annoyance, embarrassment and oppression. Finally, Plaintiff objects to this request on the grounds that it is not reasonably calculated to lead to the discovery of admissible evidence.

       Based on the foregoing objections, Plaintiff declines to respond to this request.

After multiple meet and confer telephone conferences starting February 6, 2008, the parties were unable to resolve their dispute. Plaintiff's counsel maintained her position that the requested returns were not discoverable, and informed Defendant she would not be producing any income tax returns without being ordered by the Court to do so. *Id.* at ¶ 2.

In a final attempt to avoid filing a motion to compel, Defendant's counsel offered on April 30, 2008, to limit the scope of its request to the portions of Plaintiff's income tax returns directly related to her business expenses; namely, federal Form 1040 and Schedule C and their California state equivalents. *Id.* at ¶ 3. Plaintiff's counsel refused to produce even these limited documents. *Id.* Defendant's counsel thereafter attempted to revisit the issue several times in the hopes of resolving the issue (most recently June 16, 2008), but such attempts were unsuccessful. On June 16, 2008, the parties exhausted the meet-and-confer process, and Plaintiff's counsel informed Defendant's counsel that Defendant would be required to file a motion to compel. *Id.* at ¶ 4.

Ameriprise Financial intends to move to compel the limited set of documents requested on April 30, 2008, but does not believe that the discovery-dispute process set forth in this Court's Standing Order will allow the parties to adequately address their dispute. First, Ameriprise Financial believes it will need a few additional pages for its motion. Ameriprise Financial believes it will take 2 pages to fully set forth the details of the extended meet-and-confer process and 3 pages to fully address the relevant legal issues, which include whether Plaintiff waived the statutory tax privilege objection by failing to timely raise it, whether any of the numerous objections Plaintiff actually did timely raise have merit, and, in the event the Court is willing to consider Plaintiff's untimely statutory tax privilege objection, whether that limited privilege permits Plaintiff to withhold documents that go to the heart of issues she raised in her Complaint.

-2-

**DEF.'S MOTION TO EXCEED PAGE LIMITS**
**CASE NO. C 07-3168 PJH/JL**

Second, Ameriprise Financial believes that supplementing its motion to compel with a short declaration from a tax professional attaching and explaining the significance of the very documents at issue—federal Form 1040 and Schedule C and California state equivalents—will illustrate to the Court why the requested documents should be produced.

For the foregoing reasons, Defendant respectfully request that its motion be granted.

Dated:  June 19, 2008                    DORSEY & WHITNEY LLP


By:     /s/ Zeb-Michael Curtin
ZEB-MICHAEL CURTIN
Attorneys for Defendant


Attestation

I hereby attest that I have obtained the concurrence of Zeb-Michael Curtin in the filing of this e-filed document and that he has authorized me to indicate his signature herein by a "conformed" signature (/s/).

Dated: June 19, 2008

                                     /S/
Martha C. Luemers, SBN 104658
Dorsey & Whitney LLP