Karen E. Wentzel (SBN 112179)
DORSEY & WHITNEY LLP
1717 Embarcadero Road
Palo Alto, California 94303
(650) 857-1717 : phone
(650) 857-1288 : fax
Email: efilingPA@dorsey.com

Edward B. Magarian (admitted *pro hac vice*)
Zeb-Michael Curtin (admitted *pro hac vice*)
DORSEY & WHITNEY LLP
Suite 1500, 50 South Sixth Street
Minneapolis, Minnesota 55402
(612) 340-2600 : phone
(612) 340-2777 : fax
Email: magarian.edward@dorsey.com
       curtin.zeb@dorsey.com

Attorneys for Defendant
AMERIPRISE FINANCIAL
SERVICES, INC.

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SYLVIA JOHNSON, individually, and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br>v.<br><br>AMERIPRISE FINANCIAL SERVICES, INC.,<br><br>　　　　　　　　Defendant. | Case No. C 07-03168 PJH/JL<br><br>**DECLARATION OF ZEB-MICHAEL CURTIN REGARDING DEFENDANT'S LOCAL RULE 7-11 MOTION TO EXCEED OTHERWISE APPLICABLE PAGE LIMITS** |

**DECLARATION OF ZEB-MICHAEL CURTIN**
**CASE NO. C 07-3168 PJH/JL**

STATE OF MINNESOTA      )
                        )
COUNTY OF HENNEPIN      )

I, Zeb-Michael Curtin, declare:

1. I am an attorney with the law firm of Dorsey & Whitney LLP, counsel of record for Defendant in the above-captioned action. I submit this Declaration in support of Defendant's Local Rule 7-11 Motion to Exceed Otherwise Applicable Page Limits.

2. After multiple meet and confer telephone conferences between myself and Plaintiff's counsel Carrie Lin starting February 6, 2008, the parties were unable to resolve their discovery dispute. Ms. Lin maintained that the requested tax documents were not discoverable, and informed me that she would not be producing any income tax returns without being ordered by the Court to do so.

3. During an April 30, 2008, telephonic meet and confer with Ms. Lin, I offered to limit the scope of Defendant's request at issue to the portions of Plaintiff's income tax returns directly related to her business expenses; namely, federal Form 1040 and Schedule C and their California state equivalents. Ms. Lin offered to check with her client to see if we could work something out, but ultimately refused to produce even these limited documents.

4. On June 16, 2008, Ed Magarian and I met and conferred via telephone with Ms. Lin in one final attempt to avoid having to file a motion to compel the requested tax documents. The parties exhausted the meet-and-confer process, and Ms. Lin informed me and Mr. Magarian that Defendant would be required to file a motion to compel. We informed her that we believed Defendant would need to file a 5-page motion to compel to fully address the relevant issues, and would be moving under Local Rule 7-11 for leave to do so. She would not agree to a stipulation.

I declare under penalty of perjury that the foregoing is true and correct. Signed at Minneapolis, Minnesota, this 19th day of June, 2008.

                                                     /s/ Zeb-Michael Curtin
                                                     Zeb-Michael Curtin

Attestation

I hereby attest that I have obtained the concurrence of Zeb-Michael Curtin in the filing of this e-filed document and that he has authorized me to indicate his signature herein by a "conformed" signature (/s/).

Dated: June 19, 2008

                                                  /S/
                                    Martha C. Luemers, SBN 104658
                                    Dorsey & Whitney LLP