1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYLVIA JOHNSON, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMERIPRISE FINANCIAL SERVICES, INC.,<br><br>Defendant. | Case No.  C 07-03168 PJH/JL<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S LOCAL RULE 7-11 MOTION TO EXCEED OTHERWISE APPLICABLE PAGE LIMITS |

This matter came on for determination on Defendant Ameriprise Financial Services, Inc.'s Local Rule 7-11 Motion to Exceed Otherwise Applicable Page Limits.

Having reviewed all the documents submitted by the parties, and finding good cause appearing for issuance of the requested Order, the Court Orders as follows:

IT IS HEREBY ORDERED that Defendant's motion is granted in full as follows:

1. Defendant is granted leave to file a motion to compel of up to 5 pages in length (exclusive of the cover page); and

2. Defendant is granted leave to supplement its above-referenced motion to compel by filing a supplemental declaration from a tax professional attaching samples and explaining the

significant of the requested tax documents at issue, i.e., federal Form 1040 and Schedule C and any California state equivalents.

      IT IS SO ORDERED.


Dated: _____, 2008                 _____
                                                             James Larson
                                                             Chief Magistrate Judge

**CASE NO. C 07-3168 PJH/JL**