**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sylvia Johnson, et al.,<br><br>        Plaintiff,<br><br>    v.<br><br>Ameriprise Financial,<br><br>        Defendants.<br>_____/ | No. C 07-3168 PJH (JL)<br><br>**ORDER DENYING MOTION TO EXCEED PAGE LIMITS (Docket # 57)** |

All discovery in this case has been referred by the district court (Hon. Phyllis J. Hamilton) pursuant to 28 U.S.C. §636(b) and Civil Local Rule 72. Defendant moved for leave to exceed otherwise applicable page limits for its separate statement regarding a discovery dispute. This provision of the Court's Standing Order provides a means for the parties to present an abbreviated statement of their dispute. Permitting one side or the other or both to expand the statement defeats that purpose. If Defendant cannot present its position in two pages or less, or in a joint statement with Plaintiff of five pages or less, then it shall file a formal noticed motion. The motion to exceed the page limit is denied.

    IT IS SO ORDERED.

DATED: June 23, 2008

                                                               _____
                                                                         James Larson
                                                                         Chief Magistrate Judge