Karen E. Wentzel (SBN 112179)
DORSEY & WHITNEY LLP
1717 Embarcadero Road
Palo Alto, California 94303
(650) 857-1717 : phone
(650) 857-1288 : fax
Email: efilingPA@dorsey.com

Edward B. Magarian (admitted *pro hac vice*)
Zeb-Michael Curtin (admitted *pro hac vice*)
DORSEY & WHITNEY LLP
Suite 1500, 50 South Sixth Street
Minneapolis, Minnesota 55402
(612) 340-2600 : phone
(612) 340-2777 : fax
Email: magarian.edward@dorsey.com
    curtin.zeb@dorsey.com

Attorneys for Defendant
AMERIPRISE FINANCIAL
SERVICES, INC.

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SYLVIA JOHNSON, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>AMERIPRISE FINANCIAL SERVICES, INC.,<br><br>Defendant. | Case No.  C 07-03168 PJH/JL<br><br>**DECLARATION OF ZEB CURTIN REGARDING DEFENDANT'S MOTION TO COMPEL DISCOVERY** |

**DECLARATION OF ZEB CURTIN**
**CASE NO. C 07-3168**

STATE OF MINNESOTA   )
                     )
COUNTY OF HENNEPIN   )

I, Zeb-Michael Curtin, declare:

1. I am an attorney with the law firm of Dorsey & Whitney LLP, counsel of record for Defendant in the above-captioned action. I submit this Declaration in support of Defendant's Motion to Compel Discovery.

2. Defendant served its first set of document requests and interrogatories on December 6, 2007, seeking discovery relevant to Plaintiff's claim. Based on a stipulated extension, Plaintiff's responses were due no later than January 15, 2008.

3. After multiple meet and confer telephone conferences between myself and Plaintiff's counsel Carrie Lin starting February 6, 2008, the parties were unable to resolve their dispute regarding Defendant's Document Request No. 23. During the first meet and confer, Ms. Lin agreed to forward case law she believed clearly supported her objections, but also offered to check with her client about whether she would be willing to produce certain documents. During additional meet and confers March 26 and April 1, Ms. Lin maintained that the requested tax documents were not discoverable, and informed me that she would not be producing any income tax returns without being ordered by the Court to do so.

4. During an April 30, 2008, meet and confer with Ms. Lin, I offered to limit the scope of Defendant's request at issue to the portions of Plaintiff's income tax returns directly related to her business expenses; namely, federal IRS Form 1040 and Schedule C thereto and their California state equivalents. Ms. Lin offered to check with her client to see if we could work something out, but ultimately refused to produce even these limited documents.

5. On June 16, 2008, Ed Magarian and I met and conferred via telephone with Ms. Lin in one final attempt to avoid having to file a motion to compel the requested tax documents. The parties exhausted the meet-and-confer process, and Ms. Lin informed me and Mr. Magarian that Defendant would be required to file a motion to compel.

1        6.    Attached hereto as Exhibit A is a true and correct copy of Plaintiff's response to Defendant's Document Request No. 23.

      7.    Attached hereto as Exhibit B is a true and correct copy of an e-mail I sent to Carrie Lin on March 21, 2008.

      8.    Attached hereto as Exhibit C is a true and correct copy of an e-mail I received from Carrie Lin on March 21, 2008.

      9.    Attached hereto as Exhibit D are true and correct copies of the tax forms Defendant seeks to compel Plaintiff to produce, namely, IRS Form 1040 and Schedule C thereto.

      10.    Attached hereto as Exhibit E is a true and correct copy of an excerpt from the IRS Instructions for Schedule C.

      11.    Attached hereto as Exhibit F is a true and correct copy of an excerpt from the IRS Instructions for Schedule A.

I declare under penalty of perjury that the foregoing is true and correct. Signed at Minneapolis, Minnesota, this 8th day of July, 2008.

                                            s/Zeb-Michael Curtin
                                            Zeb-Michael Curtin