Scott Edward Cole, Esq. (S.B. #160744)
Matthew R. Bainer, Esq. (S.B. #220972)
Carrie S. Lin, Esq. (S.B. #241849)
**SCOTT COLE & ASSOCIATES, APC**
1970 Broadway, Ninth Floor
Oakland, California 94612
Telephone: (510) 891-9800
Facsimile: (510) 891-7030
web: www.scalaw.com

Attorneys for Representative Plaintiff
and the Plaintiff Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| SYLVIA JOHNSON, individually, and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> AMERIPRISE FINANCIAL SERVICES, INC., <br><br> Defendant. | Case No.: C 07-03168 PJH <br><br> **CLASS ACTION** <br><br> **REPRESENTATIVE PLAINTIFF SYLVIA JOHNSON'S OBJECTIONS AND RESPONSES TO DEFENDANT'S REQUEST FOR PRODUCTION OF DOCUMENTS (SET ONE)** |

PROPOUNDING PARTY:   Defendant Ameriprise Financial Services, Inc.

RESPONDING PARTY:   Representative Plaintiff Sylvia Johnson

SET NO:   One

Representative Plaintiff Sylvia Johnson hereby responds to defendant Ameriprise Financial Services, Inc.'s Request for Production of Documents as follows:

**PRELIMINARY STATEMENT**

Investigation and discovery in this matter are continuing at this time and Plaintiff reserves the right to supplement, change, or otherwise vary any or all of her responses as further information becomes available or is developed. All of the responses contained herein are based only upon such information and documents as are presently available and specifically known to this responding

**EXHIBIT A**

to be an employee of Defendant.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 22:**

Plaintiff objects to this request insofar as it seeks writings and/or other tangible things within equal custody and control of Defendant. Plaintiff also objects to this request to the extent it seeks to discover writings and/or other tangible things protected by the attorney-client privilege and the attorney work product doctrine.

Subject to and without in any way waiving the foregoing objections, Plaintiff responds that she will produce all non-privileged documents, if any, in her possession responsive to this request.

**REQUEST FOR PRODUCTION NO. 23:**

Complete and signed sets of you and your franchise's federal and state income tax returns, with all schedules and exhibits, for the years 1989 and 1990 and 2000 through the present.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 23:**

Plaintiff objects to this request insofar as it seeks writings and/or other tangible things within equal custody and control of Defendant. Plaintiff also objects to this request insofar as it violates Plaintiff's constitutional right to privacy. Plaintiff further objects to this request on the grounds that it is unduly burdensome. Plaintiff additionally objects to this request as it is intended to, and does, cause unwarranted annoyance, embarrassment and oppression. Finally, Plaintiff objects to this request on the grounds that it is not reasonably calculated to lead to the discovery of admissible evidence.

Based on the foregoing objections, Plaintiff declines to respond to this request.

**REQUEST FOR PRODUCTION NO. 24:**

Any and all documents which support or relate in any way to your allegation in Paragraph 3 of your Complaint that Defendant "has had a consistent policy of...permitting, encouraging, and/or requiring the Representative Plaintiff and members of the Plaintiff Class, to work in excess of eight (8) hours per day and in excess of forty (40) hours per week...."

**RESPONSE TO REQUEST FOR PRODUCTION NO. 24:**

Plaintiff objects to this request insofar as it seeks writings and/or other tangible things within equal custody and control of Defendant. Plaintiff also objects to this request to the extent it seeks

# Curtin, Zeb

| | |
|---|---|
| **From:** | Curtin, Zeb |
| **Sent:** | Friday, March 21, 2008 11:09 AM |
| **To:** | 'Carrie S. Lin' |
| **Cc:** | Magarian, Edward; Wentzel, Karen |
| **Subject:** | Johnson v. Ameriprise Financial |

Carrie:

We're looking to bring closure to the meet-and-confer process so we can determine if/when we'll need to file a motion to compel responses to Ameriprise Financial's discovery requests. During our meet-and-confer telephone conferences regarding Ameriprise Financial's first set of discovery requests, you offered to send along to me cases purportedly supporting your contentions (1) that information regarding contacts with and/or interviews of putative class members or witnesses is protected work product, including the identities of such individuals and any statements such individuals may have provided; and (2) that Plaintiff's individual income tax returns are not discoverable. I have not yet received any such cases from you. If I don't receive any such cases by next Wednesday, I'll assume you do not intend to send them.

In addition, I would like to schedule a telephonic meet-and-confer for next week regarding Plaintiff's responses to Ameriprise Financial's second set of discovery requests. During that call we also can follow up on some of the issues raised in our earlier meet-and-confer. I'm generally free every day next week (although earlier in the week works better for me), so please let me know when would be best for you.

Thanks,
Zeb


**Zeb-Michael Curtin**
Associate

. . . . . . . . . . . . . . . . . . . . . . . . . . . .
D O R S E Y  &  W H I T N E Y  LLP
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
P: 612.492.6085  F: 612.340.2777  C: 319.621.9272

. . . . . . . . . . . . . . . . . . . . . . . . . . . .
CONFIDENTIAL COMMUNICATION
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited, and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items. Please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and any copies thereof. Thank you.

1

**EXHIBIT B**

## Curtin, Zeb

**From:** Carrie S. Lin [clin@scalaw.com]
**Sent:** Friday, March 21, 2008 11:27 AM
**To:** Curtin, Zeb
**Cc:** Magarian, Edward; Wentzel, Karen; Legal Mgmt
**Subject:** Johnson v. Ameriprise Financial

Zeb,

Next Tuesday works for me. (Although I am not sure how much can be resolved on the issue of Defendant's second set of discovery until Judge Larson issues an order on your related motion). Let me know what time you intend to call-

As for the cases we discussed in our last meet and confer, some of them were already disclosed to you in our opposition to your most recent motion. (*In Re Ashworth*, 213 F.R.D. 385, 390 (S.D. Cal. 2002); *MTI Technology Corp. Securities Litigation II*, Not Reported in F.Supp.2d, 2002 WL 32344347 (C.D. Cal. 2002). Your request for interview notes of these indviduals is clearly a demand for attorney work product protected information; however, if you need case law for that proposition, I can send it to you.

Further, forced disclosure of an individual's tax returns is only appropriate where "the gravamen of the lawsuit is inconsistent with claiming the privilege," an as, for example, in an action for income tax evasion. *Fortunato v. Superior Court*, 114 Cal.App.4th 475 (2003); *Webb v. Standard Oil Company of California*, 49 Cal.App.2d 509 (1957).

Finally, I'd like to touch base with you about disclosure of the P-2s personnel/compliance files. Have you discussed with your client our proposal to allow P-2s to opt out of having their compliance files disclosed?

Thanks,


Carrie S. Lin, Esq.
Scott Cole & Associates, APC
Attorneys and Counselors
Telephone: (510) 891-9800
Facsimile: (510) 891-7030

***********************************************************************
Please Note:
The information in this E-mail message is legally privileged and confidential information intended only for the use of the addressee(s) named above. If you, the reader of this message, are not the intended recipient, you are hereby notified that you should not further disseminate, distribute, or forward this E-mail message. If you have received this E-mail in error, please notify the sender as soon as possible. In addition, please delete the erroneously received message from any device/media where the message is stored. Thank you.
***********************************************************************

Please visit our website at: http://www.scalaw.com for more information about Scott Cole & Associates, APC.

---

**From:** Curtin, Zeb [mailto:curtin.zeb@dorsey.com]

6/25/2008                                                           **EXHIBIT C**

**Sent:** Friday, March 21, 2008 9:09 AM
**To:** Carrie S. Lin
**Cc:** Magarian, Edward; Wentzel, Karen
**Subject:** Johnson v. Ameriprise Financial

Carrie:

We're looking to bring closure to the meet-and-confer process so we can determine if/when we'll need to file a motion to compel responses to Ameriprise Financial's discovery requests. During our meet-and-confer telephone conferences regarding Ameriprise Financial's first set of discovery requests, you offered to send along to me cases purportedly supporting your contentions (1) that information regarding contacts with and/or interviews of putative class members or witnesses is protected work product, including the identities of such individuals and any statements such individuals may have provided; and (2) that Plaintiff's individual income tax returns are not discoverable. I have not yet received any such cases from you. If I don't receive any such cases by next Wednesday, I'll assume you do not intend to send them.

In addition, I would like to schedule a telephonic meet-and-confer for next week regarding Plaintiff's responses to Ameriprise Financial's second set of discovery requests. During that call we also can follow up on some of the issues raised in our earlier meet-and-confer. I'm generally free every day next week (although earlier in the week works better for me), so please let me know when would be best for you.

Thanks,
Zeb


**Zeb-Michael Curtin**
Associate
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
**D O R S E Y & W H I T N E Y   L L P**
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
P: 612.492.6085  F: 612.340.2777  C: 319.621.9272
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
**CONFIDENTIAL COMMUNICATION**
*E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited, and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items. Please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and any copies thereof.*

*Thank you.*

# Form 1040 — Department of the Treasury—Internal Revenue Service
## U.S. Individual Income Tax Return 2007

IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2007, or other tax year beginning       , 2007, ending       , 20

OMB No. 1545-0074

**Label** (See instructions on page 12.) Use the IRS label. Otherwise, please print or type.

- Your first name and initial | Last name | Your social security number
- If a joint return, spouse's first name and initial | Last name | Spouse's social security number
- Home address (number and street). If you have a P.O. box, see page 12. | Apt. no.
- City, town or post office, state, and ZIP code. If you have a foreign address, see page 12.

▲ You **must** enter your SSN(s) above. ▲

Checking a box below will not change your tax or refund.

**Presidential Election Campaign** ▶ Check here if you, or your spouse if filing jointly, want $3 to go to this fund (see page 12) ▶   ☐ You ☐ Spouse

## Filing Status
Check only one box.

1. ☐ Single
2. ☐ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4. ☐ Head of household (with qualifying person). (See page 13.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. ☐ Qualifying widow(er) with dependent child (see page 14)

## Exemptions

- 6a ☐ **Yourself.** If someone can claim you as a dependent, **do not** check box 6a
- b ☐ **Spouse**
- c **Dependents:**

| (1) First name  Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see page 15) |
|---|---|---|---|
|  |  |  | ☐ |
|  |  |  | ☐ |
|  |  |  | ☐ |
|  |  |  | ☐ |

If more than four dependents, see page 15.

Boxes checked on 6a and 6b _____
No. of children on 6c who:
• lived with you _____
• did not live with you due to divorce or separation (see page 16) _____
Dependents on 6c not entered above _____
Add numbers on lines above ▶ ☐

- d  Total number of exemptions claimed

## Income

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see page 19.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | |
| 8a | Taxable interest. Attach Schedule B if required | 8a | |
| b | Tax-exempt interest. **Do not** include on line 8a | 8b | |
| 9a | Ordinary dividends. Attach Schedule B if required | 9a | |
| b | Qualified dividends (see page 19) | 9b | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see page 20) | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | IRA distributions  15a      b Taxable amount (see page 21) | 15b | |
| 16a | Pensions and annuities  16a      b Taxable amount (see page 22) | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits  20a      b Taxable amount (see page 24) | 20b | |
| 21 | Other income. List type and amount (see page 24) _____ | 21 | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 22 | |

## Adjusted Gross Income

| 23 | Educator expenses (see page 26) | 23 | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 | |
| 25 | Health savings account deduction. Attach Form 8889 | 25 | |
| 26 | Moving expenses. Attach Form 3903 | 26 | |
| 27 | One-half of self-employment tax. Attach Schedule SE | 27 | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | 28 | |
| 29 | Self-employed health insurance deduction (see page 26) | 29 | |
| 30 | Penalty on early withdrawal of savings | 30 | |
| 31a | Alimony paid   b Recipient's SSN ▶ _____ | 31a | |
| 32 | IRA deduction (see page 27) | 32 | |
| 33 | Student loan interest deduction (see page 30) | 33 | |
| 34 | Tuition and fees deduction. Attach Form 8917 | 34 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | 35 | |
| 36 | Add lines 23 through 31a and 32 through 35 | 36 | |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** ▶ | 37 | |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 83.   Cat. No. 11320B   Form **1040** (2007)

**EXHIBIT D**

Form 1040 (2007) Page **2**

| | | | | |
|---|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) | 38 | |
| | 39a | Check if: ☐ **You** were born before January 2, 1943, ☐ Blind. ☐ **Spouse** was born before January 2, 1943, ☐ Blind. } Total boxes checked ▶ 39a | | |
| **Standard Deduction for—** | b | If your spouse itemizes on a separate return or you were a dual-status alien, see page 31 and check here ▶39b ☐ | | |
| | 40 | **Itemized deductions** (from Schedule A) **or your standard deduction** (see left margin) | 40 | |
| • People who checked any box on line 39a or 39b **or** who can be claimed as a dependent, see page 31. | 41 | Subtract line 40 from line 38 | 41 | |
| | 42 | If line 38 is $117,300 or less, multiply $3,400 by the total number of exemptions claimed on line 6d. If line 38 is over $117,300, see the worksheet on page 33 | 42 | |
| | 43 | **Taxable income.** Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 | |
| | 44 | **Tax** (see page 33). Check if any tax is from: **a** ☐ Form(s) 8814  **b** ☐ Form 4972  **c** ☐ Form(s) 8889 | 44 | |
| | 45 | **Alternative minimum tax** (see page 36). Attach Form 6251 | 45 | |
| • All others: | 46 | Add lines 44 and 45 ▶ | 46 | |
| Single or Married filing separately, $5,350 | 47 | Credit for child and dependent care expenses. Attach Form 2441 | 47 | |
| | 48 | Credit for the elderly or the disabled. Attach Schedule R | 48 | |
| | 49 | Education credits. Attach Form 8863 | 49 | |
| Married filing jointly or Qualifying widow(er), $10,700 | 50 | Residential energy credits. Attach Form 5695 | 50 | |
| | 51 | Foreign tax credit. Attach Form 1116 if required | 51 | |
| | 52 | Child tax credit (see page 39). Attach Form 8901 if required | 52 | |
| | 53 | Retirement savings contributions credit. Attach Form 8880 | 53 | |
| Head of household, $7,850 | 54 | Credits from:  **a** ☐ Form 8396  **b** ☐ Form 8859  **c** ☐ Form 8839 | 54 | |
| | 55 | Other credits:  **a** ☐ Form 3800  **b** ☐ Form 8801  **c** ☐ Form_____ | 55 | |
| | 56 | Add lines 47 through 55. These are your **total credits** | 56 | |
| | 57 | Subtract line 56 from line 46. If line 56 is more than line 46, enter -0- ▶ | 57 | |
| **Other Taxes** | 58 | Self-employment tax. Attach Schedule SE | 58 | |
| | 59 | Unreported social security and Medicare tax from: **a** ☐ Form 4137  **b** ☐ Form 8919 | 59 | |
| | 60 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 60 | |
| | 61 | Advance earned income credit payments from Form(s) W-2, box 9 | 61 | |
| | 62 | Household employment taxes. Attach Schedule H | 62 | |
| | 63 | Add lines 57 through 62. This is your **total tax** ▶ | 63 | |
| **Payments** | 64 | Federal income tax withheld from Forms W-2 and 1099 | 64 | |
| | 65 | 2007 estimated tax payments and amount applied from 2006 return | 65 | |
| If you have a qualifying child, attach Schedule EIC. | 66a | **Earned income credit (EIC)** | 66a | |
| | b | Nontaxable combat pay election ▶ | 66b | |
| | 67 | Excess social security and tier 1 RRTA tax withheld (see page 59) | 67 | |
| | 68 | Additional child tax credit. Attach Form 8812 | 68 | |
| | 69 | Amount paid with request for extension to file (see page 59) | 69 | |
| | 70 | Payments from:  **a** ☐ Form 2439  **b** ☐ Form 4136  **c** ☐ Form 8885 | 70 | |
| | 71 | Refundable credit for prior year minimum tax from Form 8801, line 27 | 71 | |
| | 72 | Add lines 64, 65, 66a, and 67 through 71. These are your **total payments** ▶ | 72 | |
| **Refund** | 73 | If line 72 is more than line 63, subtract line 63 from line 72. This is the amount you **overpaid** | 73 | |
| Direct deposit? See page 59 and fill in 74b, 74c, and 74d, or Form 8888. | 74a | Amount of line 73 you want **refunded to you.** If Form 8888 is attached, check here ▶ ☐ | 74a | |
| | ▶b | Routing number ▶ c Type: ☐ Checking ☐ Savings | | |
| | ▶d | Account number | | |
| | 75 | Amount of line 73 you want **applied to your 2008 estimated tax** ▶ | 75 | |
| **Amount You Owe** | 76 | **Amount you owe.** Subtract line 72 from line 63. For details on how to pay, see page 60 ▶ | 76 | |
| | 77 | Estimated tax penalty (see page 61) | 77 | |

**Third Party Designee**
Do you want to allow another person to discuss this return with the IRS (see page 61)? ☐ **Yes.** Complete the following. ☐ **No**
Designee's name ▶    Phone no. ▶ (   )    Personal identification number (PIN) ▶ ☐☐☐☐☐

**Sign Here**
Joint return? See page 13.
Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date | Your occupation | Daytime phone number ( ) |
|---|---|---|---|
| Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | |

**Paid Preparer's Use Only**

| Preparer's signature ▶ | Date | Check if self-employed ☐ | Preparer's SSN or PTIN |
|---|---|---|---|
| Firm's name (or yours if self-employed), address, and ZIP code ▶ | | EIN   Phone no. ( ) | |

Form **1040** (2007)

| SCHEDULE C | **Profit or Loss From Business** | OMB No. 1545-0074 |
|---|---|---|
| (Form 1040) | (Sole Proprietorship) | **2007** |
| Department of the Treasury Internal Revenue Service (99) | ▶ Partnerships, joint ventures, etc., must file Form 1065 or 1065-B. ▶ Attach to Form 1040, 1040NR, or 1041.   ▶ See Instructions for Schedule C (Form 1040). | Attachment Sequence No. **09** |

| Name of proprietor | Social security number (SSN) |
|---|---|

| A | Principal business or profession, including product or service (see page C-2 of the instructions) | B Enter code from pages C-8, 9, & 10 ▶ |
|---|---|---|
| C | Business name. If no separate business name, leave blank. | D Employer ID number (EIN), if any |

E   Business address (including suite or room no.) ▶ ..................................................................
    City, town or post office, state, and ZIP code

F   Accounting method:    (1) ☐ Cash    (2) ☐ Accrual    (3) ☐ Other (specify) ▶ ........................
G   Did you "materially participate" in the operation of this business during 2007? If "No," see page C-3 for limit on losses    ☐ Yes   ☐ No
H   If you started or acquired this business during 2007, check here . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

**Part I   Income**

| 1 | Gross receipts or sales. Caution. If this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, see page C-3 and check here . . . . . . ▶ ☐ | 1 | |
|---|---|---|---|
| 2 | Returns and allowances . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2 | |
| 3 | Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3 | |
| 4 | Cost of goods sold (from line 42 on page 2) . . . . . . . . . . . . . . . . . . . . . | 4 | |
| 5 | **Gross profit.** Subtract line 4 from line 3 . . . . . . . . . . . . . . . . . . . . . . . | 5 | |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see page C-3) . . . . | 6 | |
| 7 | **Gross income.** Add lines 5 and 6 . . . . . . . . . . . . . . . . . . . . . . . . ▶ | 7 | |

**Part II   Expenses.** Enter expenses for business use of your home **only** on line 30.

| 8 | Advertising | 8 | | 18 | Office expense | 18 | |
|---|---|---|---|---|---|---|---|
| 9 | Car and truck expenses (see page C-4) | 9 | | 19 | Pension and profit-sharing plans | 19 | |
|   |   |   |   | 20 | Rent or lease (see page C-5): |   |   |
| 10 | Commissions and fees | 10 | |   | a Vehicles, machinery, and equipment | 20a | |
| 11 | Contract labor (see page C-4) | 11 | |   | b Other business property | 20b | |
| 12 | Depletion | 12 | | 21 | Repairs and maintenance | 21 | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see page C-4) | 13 | | 22 | Supplies (not included in Part III) | 22 | |
|   |   |   |   | 23 | Taxes and licenses | 23 | |
|   |   |   |   | 24 | Travel, meals, and entertainment: |   |   |
|   |   |   |   |   | a Travel | 24a | |
| 14 | Employee benefit programs (other than on line 19) | 14 | |   | b Deductible meals and entertainment (see page C-6) | 24b | |
| 15 | Insurance (other than health) | 15 | | 25 | Utilities | 25 | |
| 16 | Interest: |   |   | 26 | Wages (less employment credits) | 26 | |
| a | Mortgage (paid to banks, etc.) | 16a | | 27 | Other expenses (from line 48 on page 2) | 27 | |
| b | Other | 16b | |   |   |   |   |
| 17 | Legal and professional services | 17 | |   |   |   |   |

| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27 in columns . ▶ | 28 | |
|---|---|---|---|
| 29 | Tentative profit (loss). Subtract line 28 from line 7 . . . . . . . . . . . . . . . . . . . . | 29 | |
| 30 | Expenses for business use of your home. Attach **Form 8829** . . . . . . . . . . . . . . . | 30 | |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29. | | |
|    | • If a profit, enter on both **Form 1040, line 12,** and **Schedule SE, line 2,** or on **Form 1040NR, line 13** (statutory employees, see page C-7). Estates and trusts, enter on Form 1041, line 3. | 31 | |
|    | • If a loss, you **must** go to line 32. | | |
| 32 | If you have a loss, check the box that describes your investment in this activity (see page C-7). | | |
|    | • If you checked 32a, enter the loss on both **Form 1040, line 12,** and **Schedule SE, line 2,** or on **Form 1040NR, line 13** (statutory employees, see page C-7). Estates and trusts, enter on Form 1041, line 3. | 32a ☐ All investment is at risk. 32b ☐ Some investment is not at risk. | |
|    | • If you checked 32b, you **must** attach **Form 6198.** Your loss may be limited. | | |

**For Paperwork Reduction Act Notice, see page C-8 of the instructions.**        Cat. No. 11334P        Schedule C (Form 1040) 2007

### Part III — Cost of Goods Sold (see page C-7)

33  Method(s) used to value closing inventory:   **a** ☐ Cost   **b** ☐ Lower of cost or market   **c** ☐ Other (attach explanation)

34  Was there any change in determining quantities, costs, or valuations between opening and closing inventory?
    If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes   ☐ No

| Line | Description | |
|---|---|---|
| 35 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation | |
| 36 | Purchases less cost of items withdrawn for personal use | |
| 37 | Cost of labor. Do not include any amounts paid to yourself | |
| 38 | Materials and supplies | |
| 39 | Other costs | |
| 40 | Add lines 35 through 39 | |
| 41 | Inventory at end of year | |
| 42 | Cost of goods sold. Subtract line 41 from line 40. Enter the result here and on page 1, line 4 | |

### Part IV — Information on Your Vehicle.
Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 on page C-4 to find out if you must file Form 4562.

43  When did you place your vehicle in service for business purposes? (month, day, year) ▶ ......../........./........

44  Of the total number of miles you drove your vehicle during 2007, enter the number of miles you used your vehicle for:

   **a** Business ........................   **b** Commuting (see instructions) ........................   **c** Other ........................

45  Do you (or your spouse) have another vehicle available for personal use? . . . . . . . . . . . . ☐ Yes   ☐ No

46  Was your vehicle available for personal use during off-duty hours? . . . . . . . . . . . . . . ☐ Yes   ☐ No

47a  Do you have evidence to support your deduction? . . . . . . . . . . . . . . . . . . . . ☐ Yes   ☐ No

  **b**  If "Yes," is the evidence written? . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes   ☐ No

### Part V — Other Expenses.
List below business expenses not included on lines 8–26 or line 30.

|  |  |
|---|---|
| -------------------------------------- | |
| -------------------------------------- | |
| -------------------------------------- | |
| -------------------------------------- | |
| -------------------------------------- | |
| -------------------------------------- | |
| -------------------------------------- | |
| -------------------------------------- | |
| -------------------------------------- | |

48  Total other expenses. Enter here and on page 1, line 27 . . . . . . . . . . . . . . . . . | 48 | |

**Department of the Treasury**
**Internal Revenue Service**

# 2007 Instructions for Schedule C

## Profit or Loss From Business

Use Schedule C (Form 1040) to report income or loss from a business you operated or a profession you practiced as a sole proprietor. An activity qualifies as a business if your primary purpose for engaging in the activity is for income or profit and you are involved in the activity with continuity and regularity. For example, a sporadic activity or a hobby does not qualify as a business. To report income from a nonbusiness activity, see the instructions for Form 1040, line 21, or Form 1040NR, line 21.

Also, use Schedule C to report (a) wages and expenses you had as a statutory employee, and (b) certain income shown on Form 1099-MISC, Miscellaneous Income. See the *Instructions for Recipients* (back of Copy B of Form 1099-MISC) for the types of income to report on Schedule C.

Small businesses and statutory employees with expenses of $5,000 or less may be able to file Schedule C-EZ instead of Schedule C. See Schedule C-EZ for details.

You may be subject to state and local taxes and other requirements such as business licenses and fees. Check with your state and local governments for more information.

Section references are to the Internal Revenue Code unless otherwise noted.

## What's New

**Revised activity codes.** Some of the principal business or professional activity codes beginning on page C-8 have been revised and some codes have been deleted. Be sure to check the list before you enter your code on line B.

**Indian employment credit has been extended.** The Indian employment credit has been extended for qualified wages paid to an employee through December 31, 2007.

**Work opportunity credit and welfare-to-work credit extended and combined.** For 2007, both credits have been combined, modified, and extended for qualified wages paid to an employee.

**Husband-wife business.** Beginning in 2007, you and your spouse, if you are filing married filing jointly, may be able to make a joint election to be taxed as a qualified joint venture instead of a partnership. See *Exception—Qualified joint venture* under *Husband-wife business* on this page.

**Section 179 deduction increased.** For property placed in service in 2007, the limit for the section 179 deduction to expense certain depreciable business property has been increased to $125,000. This limit will be reduced when the total cost of section 179 property placed in service during the tax year exceeds $500,000.

**Hurricane Katrina housing credit has expired.** This credit was available for lodging furnished to qualified employees between January 1, 2006, and July 1, 2006, and was claimed on Section B of Form 5884-A.

## General Instructions

### Other Schedules and Forms You May Have To File

• Schedule A to deduct interest, taxes, and casualty losses not related to your business.
• Schedule E to report rental real estate and royalty income or (loss) that is not subject to self-employment tax.
• Schedule F to report profit or (loss) from farming.
• Schedule J to figure your tax by averaging your farming or fishing income over the previous 3 years. Doing so may reduce your tax.
• Schedule SE to pay self-employment tax on income from any trade or business.
• Form 4562 to claim depreciation on assets placed in service in 2007, to claim amortization that began in 2007, to make an election under section 179 to expense certain property, or to report information on listed property.
• Form 4684 to report a casualty or theft gain or loss involving property used in your trade or business or income-producing property.
• Form 4797 to report sales, exchanges, and involuntary conversions (not from a casualty or theft) of trade or business property.
• Form 8594 to report certain purchases or sales of groups of assets that constitute a trade or business.
• Form 8824 to report like-kind exchanges.
• Form 8826 to claim a credit for expenditures to improve access to your business for individuals with disabilities.
• Form 8829 to claim expenses for business use of your home.
• Form 8903 to take a deduction for income from domestic production activities.
• Form 8910 to claim a credit for placing a new alternative motor vehicle in service for business use.
• Form 8911 to claim a credit for placing qualified alternative fuel vehicle refueling property in service for business use.

**Husband-wife business.** If you and your spouse jointly own and operate a business and share in the profits and losses, you are partners in a partnership, whether or not you have a formal partnership agreement. Do not use Schedule C or C-EZ. Instead, file Form 1065. See Pub. 541 for more details.

*Exception—Qualified joint venture.* If you and your spouse materially participate (see *Material participation* beginning on page C-2) as the only members of a jointly owned and operated business, and you file a joint return for the tax year, you can make a joint election to be taxed as a qualified joint venture instead of a partnership. To make this election, you must divide all items of income, gain, loss, deduction, and credit between you and your spouse in accordance with your respective interests in the venture. Each of you must file a separate Schedule C or C-EZ. On each line of your separate Schedule C or C-EZ, you must enter your share of the applicable income, deduction, or loss.

As long as you remain qualified, your election cannot be revoked without IRS consent.

*Exception—Community income.* If you and your spouse wholly own an unincorporated business as community property under the community property laws of a state, foreign country, or U.S. possession, you can treat the business either as a sole proprietorship (of the spouse who carried on the business) or a partnership. The only states with community property laws are Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Texas, Washington, and Wisconsin. A change in your reporting position will be treated as a conversion of the entity.

C-1

Cat. No. 24329W

**EXHIBIT E**

**Department of the Treasury
Internal Revenue Service**

# 2007 Instructions for Schedules A & B (Form 1040)

## Instructions for Schedule A, Itemized Deductions

Use Schedule A (Form 1040) to figure your itemized deductions. In most cases, your federal income tax will be less if you take the larger of your itemized deductions or your standard deduction.

If you itemize, you can deduct a part of your medical and dental expenses and unreimbursed employee business expenses, and amounts you paid for certain taxes, interest, contributions, and miscellaneous expenses. You can also deduct certain casualty and theft losses.

If you and your spouse paid expenses jointly and are filing separate returns for 2007, see Pub. 504 to figure the portion of joint expenses that you can claim as itemized deductions.


*Do not include on Schedule A items deducted elsewhere, such as on Form 1040 or Schedule C, C-EZ, E, or F.*

Section references are to the Internal Revenue Code unless otherwise noted.

## What's New

**Standard mileage rates.** The 2007 rate for use of your vehicle to get medical care is 20 cents a mile. The special rate for charitable use of your vehicle to provide relief related to Hurricane Katrina has expired.

**State and local general sales taxes.** The option to deduct state and local general sales taxes instead of state and local income taxes was extended through 2007. See the instructions for line 5 that begin on page A-2.

**Mortgage insurance premiums.** Mortgage insurance premiums for mortgage insurance contracts issued after December 31, 2006, may be deductible on new line 13. See the instructions for line 13 on page A-7.

**New recordkeeping requirements for contributions of money.** For charitable contributions made in cash, regardless of the amount, you must maintain as a record of the contribution a bank record (such as a canceled check) or a written record from the charity. The written record must include the name of the charity, date, and amount of the contribution. See *Gifts to Charity* that begins on page A-7.

## Medical and Dental Expenses

You can deduct only the part of your medical and dental expenses that exceeds 7.5% of the amount on Form 1040, line 38.

Pub. 502 discusses the types of expenses that you can and cannot deduct. It also explains when you can deduct capital expenses and special care expenses for disabled persons.


*If you received a distribution from a health savings account or a medical savings account in 2007, see Pub. 969 to figure your deduction.*

### Examples of Medical and Dental Payments You Can Deduct

To the extent you were not reimbursed, you can deduct what you paid for:

- Insurance premiums for medical and dental care, including premiums for qualified long-term care contracts as defined in Pub. 502. But see *Limit on long-term care premiums you can deduct* on page A-2. Reduce the insurance premiums by any self-employed health insurance deduction you claimed on Form 1040, line 29. You cannot deduct insurance premiums paid with pretax dollars because the premiums are not included in box 1 of your Form(s) W-2. If you are a retired public safety officer, you cannot deduct any premiums you paid to the extent they were paid for with a tax-free distribution from your retirement plan.


*If, during 2007, you were an eligible trade adjustment assistance (TAA) recipient, alternative TAA recipient, or Pension Benefit Guaranty Corporation pension recipient, you must reduce your insurance premiums by any amounts used to figure the health coverage tax credit. See the instructions for line 1 on page A-2*

- Prescription medicines or insulin.
- Acupuncturists, chiropractors, dentists, eye doctors, medical doctors, occupational therapists, osteopathic doctors, physical therapists, podiatrists, psychiatrists, psychoanalysts (medical care only), and psychologists.
- Medical examinations, X-ray and laboratory services, insulin treatment, and whirlpool baths your doctor ordered.
- Nursing help (including your share of the employment taxes paid). If you paid someone to do both nursing and housework, you can deduct only the cost of the nursing help.
- Hospital care (including meals and lodging), clinic costs, and lab fees.
- Qualified long-term care services (see Pub. 502).
- The supplemental part of Medicare insurance (Medicare B).
- The premiums you pay for Medicare Part D insurance.
- A program to stop smoking and for prescription medicines to alleviate nicotine withdrawal.
- A weight-loss program as treatment for a specific disease (including obesity) diagnosed by a doctor.
- Medical treatment at a center for drug or alcohol addiction.
- Medical aids such as eyeglasses, contact lenses, hearing aids, braces, crutches, wheelchairs, and guide dogs, including the cost of maintaining them.
- Surgery to improve defective vision, such as laser eye surgery or radial keratotomy.
- Lodging expenses (but not meals) while away from home to receive medical care in a hospital or a medical care facility related to a hospital, provided there was no significant element of personal pleasure, recreation, or vacation in the travel. Do not deduct more than $50 a night for each eligible person.
- Ambulance service and other travel costs to get medical care. If you used your own car, you can claim what you spent for

A-1

Cat. No. 24328L

**EXHIBIT F**