UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYLVIA JOHNSON, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMERIPRISE FINANCIAL SERVICES, INC.,<br><br>Defendant. | Case No. C 07-03168 PJH/JL<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO COMPEL DISCOVERY |

This matter came on for determination on Defendant Ameriprise Financial Services, Inc.'s Motion to Compel Discovery.

Having reviewed all the documents submitted by the parties, having heard argument from counsel, and finding good cause appearing for issuance of the requested Order, the Court Orders as follows:

IT IS HEREBY ORDERED that Defendant's motion is granted in full as follows:

1. Plaintiff is ordered to produce to Defendant copies of Plaintiff's federal IRS Form 1040 and Schedule C thereto, if any, and state equivalents filed for the years 1989-1990, the time period that Plaintiff worked as an employee, and for the years she was a franchisee affiliated with Ameriprise Financial (2000 through 2007).

IT IS SO ORDERED.

Dated: _____, 2008    _____
James Larson
Chief Magistrate Judge

**CASE NO. C 07-3168**

-1-