1 | Scott Edward Cole, Esq. (S.B. #160744)
Matthew R. Bainer, Esq. (S.B. #220972)
2 | Carrie S. Lin, Esq. (S.B. #241849)
**SCOTT COLE & ASSOCIATES, APC**
3 | 1970 Broadway, Ninth Floor
Oakland, California 94612
4 | Telephone: (510) 891-9800
Facsimile: (510) 891-7030
5 | www.scalaw.com

6 | Attorneys for Representative Plaintiff
and the Plaintiff Class

7 |

8 | **UNITED STATES DISTRICT COURT**

9 | **NORTHEN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

10 |

11 | SYLVIA JOHNSON, individually, and
on behalf of all others similarly situated,    ) Case No.: **C07-3168 PJH/JL**
)
12 | )
Plaintiffs,    ) **CLASS ACTION**
13 | )
vs.    ) **DECLARATION OF CARRIE S. LIN, ESQ.**
)    **IN OPPOSITION TO DEFENDANT**
14 | AMERIPRISE FINANCIAL    ) **AMERIPRISE FINANCIAL SERVICES,**
SERVICES, INC.,    ) **INC.'S MOTION TO COMPEL SYLVIA**
15 | )    **JOHNSON'S TAX RETURNS**
Defendant,    )
16 | )    Date:    August 13, 2008
)    Time:    9:30 a.m.
17 | )    Courtroom:    3
)    Judge:    Hon. James Larson
18 | )
)

19 | 

20 | I, CARRIE S. LIN, hereby declare as follows:

21 | 1.    I am an attorney-at-law, licensed to practice in the Northern District, and am an

22 | associate attorney at the law offices of Scott Cole & Associates, APC, attorneys-of-record for the

23 | Plaintiff in the above-entitled proceeding. I make these statements based on personal knowledge,

24 | and would so testify if called as a witness.

25 | 2.    A true and correct copy of Presiding Judge Phyllis J. Hamilton's Initial Case

26 | Management Order is attached hereto as "*Exhibit A*."

27 | 3.    On December 7, 2007, Defendant propounded its first set of Requests for Production

28 | of Documents on Plaintiff, demanding, *inter alia*, production of Plaintiff's tax returns for the years

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

1    1989-1990, and for 2000 to the present date. Plaintiff objected and declined to respond on the basis

2    of her objections, including the right to privacy. A true and correct copy of Plaintiff's responses to

3    Defendant's first set of Requests for Production of Documents is attached hereto as "*Exhibit B*."

4           4.      True and correct copies of meet and confer letters and emails from myself to

5    opposing counsel with respect to the propriety of Defendant's demand for Plaintiff's tax returns are

6    attached hereto as "*Exhibit C*."

7           5.      Months prior to Defendant Ameriprise bringing this Motion, I referred Defendant to

8    case law establishing a statutory privilege against production of Ms. Johnson's tax returns. Over the

9    course of the intervening months, I talked repeatedly with opposing counsel on the phone regarding

10   Defendant's discovery request, and repeatedly requested a proffer of relevance on how the tax

11   returns were related to issues regarding either class certification or the propriety of defendant's

12   classification of Ms. Johnson as an Independent Contractor.

13          6.      In response to opposing counsel's assertion that the tax returns were relevant to the

14   issue of whether Ms. Johnson held herself out as an Independent Contractor rather than an employee

15   in her tax returns, I offered to stipulate that she had, in fact, filed her tax returns as an independent

16   contractor for the relevant time period.

17          7.      Defendant rejected the above-referenced stipulation, in addition to any other attempts

18   to discuss less invasive forms of discovery.

19          8.      In response to Plaintiff's own discovery requests, Defendant produced various

20   versions of Ameriprise's Franchise Agreement and Uniform Offering Circular, describing the

21   business related services and products Plaintiff and other putative class members were required to

22   purchase directly from Ameriprise as a term and condition of the franchise agreement. These fees

23   were deducted by defendant from Plaintiff and putative class member's bi-monthly compensation

24   statements, and, as such, records of these fees are currently within Ameriprise's possession. A true

25   and correct copy of relevant portions of Defendant's discovery responses are attached hereto as

26   "*Exhibit D*."

27

28

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
1970 BROADWAY, NINTH FLOOR
THE WACHOVIA TOWER
OAKLAND, CA 94612
TEL: (510) 891-9800

Declaration of Carrie S. Lin, Esq. In Support of Plaintiff's Opposition to Defendant Ameriprise Financial Services,
Inc.'s Motion to Compel Sylvia Johnson's Tax Returns

Executed on this 23rd day of July 2008, at Oakland, California.

/s/Carrie S. Lin
Carrie S. Lin, Esq.

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

- 3 -

Declaration of Carrie S. Lin, Esq. In Support of Plaintiff's Opposition to Defendant Ameriprise Financial Services, Inc.'s Motion to Compel Sylvia Johnson's Tax Returns