Scott Edward Cole, Esq. (S.B. #160744)
Matthew R. Bainer, Esq. (S.B. #220972)
Carrie S. Lin, Esq. (S.B. # 241849)
**SCOTT COLE & ASSOCIATES, APC**
1970 Broadway, Ninth Floor
Oakland, California 94612
Telephone: (510) 891-9800
Facsimile:  (510) 891-7030
www.scalaw.com

Attorneys for Representative Plaintiff
and the Plaintiff class

## UNITED STATES DISTRICT COURT

## NORTHEN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| SYLVIA JOHNSON, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERIPRISE FINANCIAL SERVICES, INC.<br><br>Defendant, | **Case No.:C07-3168 JL**<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER DENYING DEFENDANT'S MOTION FOR ORDER TO COMPEL PRODUCTION OF REPRESENTATIVE PLAINTIFF SYLVIA JOHNSON'S TAX RETURNS**<br><br>Date:         August 13, 2008<br>Time:        9:30 a.m.<br>Courtroom: 3<br>Judge:       Hon. James Larson |

This matter, having come before this Court on March 12, 2008 with Scott Cole & Associates, APC, appearing as counsel for Plaintiff Sylvia Johnson, and Dorsey & Whitney, LLP, appearing as counsel for Defendant, Ameriprise Financial Services Inc., on proof being made to the satisfaction of the Court and good cause appearing therefor,

**IT IS HEREBY ORDERED** that:

Defendant's Motion for Order to Compel Production of Representative Plaintiff Sylvia Johnson's income tax returns are hereby **DENIED**.

- 1 -
[Proposed] Order Denying Defendant's Motion for Order to Compel Production of Representative Plaintiff Sylvia Johnson's Income Tax Returns

1  **IT IS SO ORDERED.**

2

3  Dated: August ___, 2008

4  _____
   HONORABLE JAMES LARSON
5  United States Magistrate Judge

6

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

- 2 -
[Proposed] Order Denying Defendant's Motion for Order to Compel Production of Representative Plaintiff Sylvia Johnson's Income Tax Returns