Scott Edward Cole, Esq. (S.B. #160744)
Matthew R. Bainer, Esq. (S.B. #220972)
Carrie Lin, Esq. (S.B. #241849)
**SCOTT COLE & ASSOCIATES, APC**
1970 Broadway, Ninth Floor
Oakland, California 94612
Telephone: (510) 891-9800
Facsimile: (510) 891-7030
www.scalaw.com

Attorneys for Representative Plaintiff
and the Plaintiff Class

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| SYLVIA JOHNSON, individually, and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br>vs.<br><br>AMERIPRISE FINANCIAL SERVICES, INC.<br><br>                    Defendant. | **Case No.:C07-3168 PJH**<br><br>**CLASS ACTION**<br><br>**UNOPPOSED STIPULATION TO EXTEND BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR CLASS CERTIFICATION AND DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND [P~~ROPOSED~~] ORDER** |

**WHEREAS** in its October 11, 2007 Case Management Minute Order, this Court ordered Plaintiff to file her Motion for Class Certification, and Defendant to file its Motion for Summary Judgment, by September 24, 2008;

**WHEREAS** Plaintiff represents that she is in the process of analyzing thousands of documents from Defendant that may be necessary for her Motion for Class Certification and/or her Opposition to Defendant's Motion for Summary Judgment;

**WHEREAS** because of scheduling issues and negotiation over 30(b)(6) topics, the deposition of Defendant's Corporate Representatives will not take place until August 25-26, 2008;

**WHEREAS** Plaintiff's counsel requested from Defendant's counsel on approximately July 8, 2008 a stipulation modifying these briefing deadlines, on the grounds listed above;

- 1 -

Unopposed Stipulation to Extend Briefing Schedule for Plaintiff's Motion for Class Certification and Defendant's Motion for Summary Judgment and [Proposed] Order

1    **WHEREAS** Defendant does not oppose Plaintiff's request because it is more efficient to
2    agree to provide additional time for discovery than to fully brief the summary judgment motion only
3    to have Plaintiff respond that additional discovery is necessary before responding fully to the
4    summary judgment motion;

5    **NOW, THEREFORE**, Plaintiff, through her undersigned counsel, requests that the Court
6    approve the following revised schedule which Defendant does not oppose:

8    •   11/26/2008   Last day for Plaintiff and Defendant to file Motion for Class
9                     Certification and Motion for Summary Judgment, respectively.
10   •   12/11/2008   Last day for the parties to file responsive briefs;
11   •   12/18/2008   Last day for the parties to file reply briefs;
12   •   1/7/2009     Hearing on Plaintiff's Motion for Class Certification and Defendant's
                      Motion for Summary Judgment.

14   **GOOD CAUSE** exists to modify the deadlines in this action as described herein.
15   **ACCORDINGLY**, pursuant to the parties' Stipulation, it is hereby ORDERED that Defendant's
16   Motion for Summary Judgment and Plaintiff's Motion for Class Certification shall be filed by
17   November 26, 2008, the Oppositions shall be due on December 11, 2008, and reply briefs shall be
18   due on December 18, 2008. The hearing on both Motions shall be noticed for January 7, 2009.

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

**BY THE PARTIES:**

Dated: July 28, 2008

                      **SCOTT COLE & ASSOCIATES, APC**

By: /s/Carrie S. Lin, Esq.
Carrie S. Lin, Esq.
Attorneys for the Representative Plaintiff
and the Plaintiff Class

Dated: July 28, 2008

                      **DORSEY & WHITNEY LLP**

By: /s/Zeb-Michael Curtin, Esq.
Zeb-Michael Curtin, Esq.
Attorneys for Defendant Ameriprise
Financial Services, Inc.

**BY THE COURT:**

Dated: ~~August~~ July 30, 2008

      Hon. Phyllis J. Hamilton
United States District Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*