1 | Scott Edward Cole, Esq. (S.B. #160744)
Matthew R. Bainer, Esq. (S.B. #220972)
2 | Carrie S. Lin, Esq. (S.B. #241849)
Eileen M. Bissen, Esq. (S.B. #245821)
3 | **SCOTT COLE & ASSOCIATES, APC**
1970 Broadway, Ninth Floor
4 | Oakland, California 94612
Telephone: (510) 891-9800
5 | Facsimile: (510) 891-7030
web:   www.scalaw.com

Attorneys for Representative Plaintiff
and the Plaintiff Class

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| SYLVIA JOHNSON, individually, and on behalf of all others similarly situated, | **Case No.:C 07-03168 - PJH** |
| Plaintiff and Respondent, | **CLASS ACTION** |
| vs. | **NOTICE OF APPEARANCE** |
| AMERIPRISE FINANCIAL SERVICES, INC., | |
| Defendant and Counter-Claimant. | |

**TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that Plaintiff's attorney, Eileen M. Bissen, has been added to the ECF electronic mailing list in the above-captioned matter.

Dated: July 31, 2008

                                        **SCOTT COLE & ASSOCIATES, APC**

                              By:   /s/ Eileen M. Bissen
                                    Eileen M. Bissen, Esq.
                                    Attorneys for the Representative Plaintiff
                                    and the Plaintiff Class