1  Scott Edward Cole, Esq. (S.B. #160744)
   Matthew R. Bainer, Esq. (S.B. #220972)
2  Carrie S. Lin, Esq. (S.B. #241849)
   Eileen M. Bissen, Esq. (S.B. #245821)
3  **SCOTT COLE & ASSOCIATES, APC**
   1970 Broadway, Ninth Floor
4  Oakland, California 94612
   Telephone: (510) 891-9800
5  Facsimile:  (510) 891-7030
   web:    www.scalaw.com
6
   Attorneys for Representative Plaintiff
7  and the Plaintiff Class

8                     **UNITED STATES DISTRICT COURT**

9         **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

10

11  SYLVIA JOHNSON, individually, and            ) **Case No.: C 07-03168 PJH/JL**
    on behalf of all others similarly situated,  )
12                                               ) **CLASS ACTION**
                                                 )
13         Plaintiff and Respondent,             ) **DECLARATION OF EILEEN M. BISSEN,**
    vs.                                          ) **ESQ. IN SUPPORT OF PLAINTIFF'S**
14                                               ) **MOTION TO QUASH**
    AMERIPRISE FINANCIAL                         )
15  SERVICES, INC.                               ) Date:       September 10, 2008
                                                 ) Time:       9:30 a.m.
16                                               ) Courtroom:  F, 15th Floor
           Defendant and Counter-                ) Judge:      Hon. James Larson
17         Claimant.                             )
                                                 )
18  _____

19  I, EILEEN M. BISSEN, declare,

20     1.   I am an attorney-at-law, licensed to practice in the Northern District, and am an

21  associate attorney at the law offices of Scott Cole & Associates, APC, attorneys-of-record for the

22  Plaintiff in the above-entitled proceeding. I make these statements based on personal knowledge,

23  and would so testify if called as a witness.

24     2.   I make this declaration in Support of Plaintiff's Motion to Quash.

25     3.   A true and correct copy of Presiding Judge Phyllis J. Hamilton's Initial Case

26  Management Order is attached hereto as "*Exhibit A*."

27     4.   A true and correct copy of defendant Ameriprise Financial Services, Inc.'s

28  ("Defendant") Subpoena *Duces Tecum*, served upon the Custodian of Records for the Los Angeles

1 | Unified School District on July 17, 2008, is attached hereto as "*Exhibit B*."

3 |     Executed on this 31st day of July, 2008, at Oakland, California.

5 |                                  /s/Eileen M. Bissen
6 |                                  Eileen M. Bissen, Esq.

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800