Scott Edward Cole, Esq. (S.B. # 160744)
Matthew R. Bainer, Esq. (S.B. # 220972)
Carrie S. Lin, Esq. (S.B. #241849)
Eileen M. Bissen, Esq. (S.B. #245821)
**SCOTT COLE & ASSOCIATES, APC**
1970 Broadway, Ninth Floor
Oakland, California 94612
Telephone: (510) 891-9800
Facsimile: (510) 891-7030
web: www.scalaw.com

Attorneys for Representative Plaintiff
and the Plaintiff Class

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| SYLVIA JOHNSON, individually, and on behalf of all others similarly situated, | **Case No.: C 07-03168 PJH/JL** |
| Plaintiff and Respondent, | **CLASS ACTION** |
| vs. | **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO QUASH** |
| AMERIPRISE FINANCIAL SERVICES, INC., | Date: September 10, 2008<br>Time: 9:30 a.m. |
| Defendant and Counter-Claimant. | Courtroom: F, 15th Floor<br>Judge: Hon. James Larson |

This matter, having come before this Court at 9:30 a.m. on September 10, 2008, with Scott Cole & Associates, APC appearing as counsel for Plaintiff, and Dorsey & Whitney, LLP appearing as counsel for defendant Ameriprise Financial Services, Inc., on proof being made to the satisfaction of the Court and good cause appearing therefor,

1  **IT IS HEREBY ORDERED** that:

3        Plaintiff's Motion to Quash is **GRANTED**.

5  Dated: September __, 2008          By: _____
                                          The Honorable James Larson
                                          Chief Magistrate Judge

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

[Proposed] Order Granting Plaintiff's Motion to Quash
-2-