Scott Edward Cole, Esq. (S.B. #160744)
Matthew R. Bainer, Esq. (S.B. #220972)
Carrie S. Lin, Esq. (S.B. #241849)
Eileen M. Bissen, Esq. (S.B. #245821)
**SCOTT COLE & ASSOCIATES, APC**
1970 Broadway, Ninth Floor
Oakland, California 94612
Telephone: (510) 891-9800
Facsimile:  (510) 891-7030
web:     www.scalaw.com

Attorneys for Representative Plaintiff
and the Plaintiff Class

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| SYLVIA JOHNSON, individually, and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff and Respondent, | ) ) |
| vs. | ) ) ) |
| AMERIPRISE FINANCIAL SERVICES, INC., | ) ) ) ) ) |
| Defendant and Counter-Claimant. | ) ) ) ) |

**Case No.: 07-3168 PJH/JL**

<u>**CLASS ACTION**</u>

**PROOF OF SERVICE**

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

**PROOF OF SERVICE**

1

2    I am over 18 years of age and not a party to the within entitled action. I am employed at and my business address is the law offices of Scott Cole & Associates, APC, 1970 Broadway, Ninth Floor,

3    Oakland, California 94612. On this date, I served a copy of:

4    **PLAINTIFF'S NOTICE OF MOTION AND MOTION TO QUASH; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF**

5    **PLAINTIFF'S MOTION TO QUASH; DECLARATION OF ELLEN M. BISSEN, ESQ. IN SUPPORT OF PLAINTIFF'S MOTION TO QUASH; AND [PROPOSED]**

6    **ORDER GRANTING PLAINTIFF'S MOTION TO QUASH**

7    on the <u>entity below</u> by the following method(s):

8    [X]    by placing one true copy thereof enclosed in a sealed envelope, and serving same as follows:

9    [ ]    by <u>personally delivering</u> same addressed as shown below, to an attorney, as indicated below, at the indicated address and serving same in accordance with CCP § 1011(a)

10    by leaving same at the attorney's office, with the envelope being clearly labeled, as below, to indicate the attorney(s) being served, with a receptionist or with a person

11    having charge thereof;

12    [X]    by placing same, with postage fully prepaid, in the <u>United States Mail</u>, addressed as indicated below. I am readily familiar with the practices of these law offices for

13    collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence is deposited with the United States Postal

14    Service in the same day in the ordinary course of business.

15    <u>Name of Entity</u>:

16    Custodian of Records
Los Angeles Unified School District

17    Employee Relations Department
Los Angeles, CA 90017

18

19    I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct. Executed at Oakland, California, on July 31, 2008.

20

21    /s/Myrisha Howard

22    Myrisha Howard

23

24

25

26

27

28

<div style="writing-mode: vertical">SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800</div>