**United States District Court**
**For the Northern District of California**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

**Sylvia Johnson,**

    Plaintiff(s),

v.

**Ameriprise Financial Services, Inc.,**

    Defendant(s),
_____/

No. **C07-3168 PJH (JL)**

**Clerk's Notice**

(Plaintiff is required to serve, and file proof of service with the Court, any party involved not listed on the attached proof of service.)

YOU ARE NOTIFIED THAT the Court has rescheduled Plaintiff's Motion to Quash Subpoena (Docket Number 69) to **October 15, 2008** at **9:30 a.m.** before the Honorable James Larson. The previously set date of **September 10, 2008** at **9:30 a.m.** is **VACATED**.

Please report to courtroom F, on the 15th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: August 8, 2008

FOR THE COURT,

Richard W. Wieking, Clerk

By: _Lashanda Scott_
    Lashanda Scott
    Courtroom Deputy