## CIVIL MINUTES

**Chief Magistrate Judge James Larson**                    **FTR 9:36-9:48**

Date: **August 13 , 2008**

Case No:**C07-3168 PJH (JL)**

Case Name:  **Sylvia Johnson v. Ameriprise Financial Services, Inc.**
Plaintiff  Attorney(s): Carrie Lin
Defendant Attorney(s): Karen Wentzel
Deputy Clerk:  **Wings Hom**

| Motions | RULING: |
|---|---|
| 1. Deft's mo to compel prod of ptf's tax returns | Submitted |
| 2. | |
| 3. | |
| 4. | |
| 5. | |
| 6. | |

[ ]Case Management Conference  [ ] Status Conference  [] P/T Conference
**ORDERED AFTER HEARING:**
**Order to be prepared by:**  [ ] Plntf  [ ] Deft  []  Court
**Case continued to:**

**PRETRIAL SCHEDULE:**
Discovery cutoff:
Expert disclosure:
Expert discovery cutoff:
Motions hearing date:
Pretrial Conference:
Trial:   at  , set for  days.
            [ ] Jury  [ ]  Court


Notes:




cc: Venice, Kathleen, Nichole