Scott Edward Cole, Esq. (S.B. #160744)
Matthew R. Bainer, Esq. (S.B. #220972)
Carrie S. Lin, Esq. (S.B. #241849)
Eileen M. Bissen, Esq. (S.B. #245821)
**SCOTT COLE & ASSOCIATES, APC**
1970 Broadway, Ninth Floor
Oakland, California 94612
Telephone: (510) 891-9800
Facsimile: (510) 891-7030
web: www.scalaw.com

Attorneys for Representative Plaintiff
and the Plaintiff Class

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| SYLVIA JOHNSON, individually, and on behalf of all others similarly situated,<br><br>Plaintiff and Respondent,<br><br>vs.<br><br>AMERIPRISE FINANCIAL SERVICES, INC.,<br><br>Defendant and Counter-Claimant. | **Case No.: C 07-03168 PJH/JL**<br><br>**CLASS ACTION**<br><br>[PROPOSED] **ORDER WITHDRAWING PLAINTIFF'S MOTION TO QUASH**<br><br>Date: October 15, 2008<br>Time: 9:30 a.m.<br>Courtroom: F, 15th Floor<br>Judge: Hon. James Larson |

Whereas, Plaintiff Sylvia Johnson has withdrawn her July 31, 2008 Motion to Quash and requested that the Court remove the October 15, 2008 hearing thereon from the Court's calendar.

**IT IS HEREBY ORDERED** that:

Plaintiff's Motion to Quash is WITHDRAWN and the hearing thereon is REMOVED from the Court's calendar.

**IT IS SO ORDERED.**

Dated: September 29, 2008   By: _/s/ James Larson_
Hon. James Larson
Chief Magistrate Judge

[Proposed] Order Withdrawing Plaintiff's Motion to Quash
-1-