1    *Counsel of Record on Next Page*

2

3

4

5

6

7                       **UNITED STATES DISTRICT COURT**

8              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

9                        **SAN FRANCISCO DIVISION**

10

11   SYLVIA JOHNSON, individually, and on          **Case No.  C 07-03168 PJH**
     behalf of all others similarly situated,

12                                                 **STIPULATION AND ORDER TO SET**
                          Plaintiffs,              **CASE MANAGEMENT CONFERENCE**
13   v.                                            **FOR NOVEMBER 20, 2008**

14
     AMERIPRISE FINANCIAL SERVICES,
15   INC., and DOES 1 through 100, inclusive,

16                        Defendants.

17

18

19

20

21

22

23

24

25

26

27

28

                                       -1-                **STIPULATION TO SET CASE**
                                                          **MANAGEMENT CONFERENCE**

Karen E. Wentzel (SBN 112179)
DORSEY & WHITNEY LLP
1717 Embarcadero Road
Palo Alto, California 94303
(650) 857-1717 : phone
(650) 857-1288 : fax
Email:  efilingPA@dorsey.com

Edward B. Magarian (admitted *pro hac vice*)
Zeb-Michael Curtin (admitted *pro hac vice*)
DORSEY & WHITNEY LLP
Suite 1500, 50 South Sixth Street
Minneapolis, Minnesota 55402
(612) 340-2600 : phone
(612) 340-2777 : fax
Email: magarian.edward@dorsey.com
          curtin.zeb@dorsey.com

Attorneys for Defendant
AMERIPRISE FINANCIAL
SERVICES, INC.

Scott Edward Cole, Esq. (S.B #160744)
Matthew R. Bainer, Esq. (S.B. #220972)
Eileen M. Bissen, Esq. (S.B. #245821)
SCOTT COLE & ASSOCIATES, APC
1970 Broadway, Ninth Floor
Oakland, California 94612
Telephone: (510) 891-9800
Facsimile: (510) 891-7030
Web: www.scalaw.com

Attorneys for Representative Plaintiff Sylvia Johnson
and the Plaintiff Class

-2-

**STIPULATION TO SET CASE
MANAGEMENT CONFERENCE**

1
2

The parties to this action, through their respective legal counsel, hereby stipulate and agree to the following:

3
4
5

1.      Plaintiff filed the above-captioned action in state court as a putative class action. Defendant removed the state court action to this court pursuant to the Class Action Fairness Act. ("CAFA") on or about June 15, 2007.

6
7

2.      The current scheduling order provides that Plaintiff's motion for class certification and Defendant's motion for summary judgment are due to be filed by November 26, 2008.

8
9
10
11
12
13
14
15
16

3.      Plaintiff's counsel has contacted counsel for Ameriprise Financial Services, Inc. ("Ameriprise Financial")  regarding whether Plaintiff intends to forego the filing of a motion for class certification.  Plaintiff's counsel has expressed that, should it stipulate to dismiss the class claims in this case, the manner in which it does so must be designed to protect the rights of putative class members to ensure they will not be harmed in the process and provide them a time table within which to file individual actions, should they wish to do so. Since that contact, the parties have attempted to negotiate a stipulation which would result in a withdrawal of the class action claims, but have been unsuccessful. Plaintiff believes that a conference with the Court is necessary to help resolve issues about the method by which it may do so.

17
18
19
20
21

4.      Defendant alleges that Plaintiff's withdrawal of her class action claims would affect any motion for summary judgment and raise jurisdictional issues that must first be resolved before any motion for summary judgment is brought. Defendant therefore requests that the current deadline to file a motion for summary judgment be removed from the calendar.  Plaintiff has insufficient facts to either agree with or oppose Defendant's position.

22
23

5.      The parties request a case status conference before this Court on November 20, 2008, at 2:30 p.m. and have scheduled such a conference with this Court's calendar clerk.

24
25

6.      The parties will submit a joint statement in advance of that settlement conference no later than November 13, 2008.

26
27
28

-3-

**STIPULATION TO SET CASE MANAGEMENT CONFERENCE**

1    NOW, THEREFORE, the parties agree as follows:  (1) pending the case status

2    conference with the Court on November 20, the deadline for Plaintiff's motion for class

3    certification and Defendant's motion for summary judgment shall be removed from the calendar;

4    (2) Plaintiff requests clarification from the Court regarding the rights of putative class members in

5    the event of a dismissal of the class claims, including a time table within which they must file

6    individual actions, should they wish to do so; (3) Defendant requests clarification from the Court

7    regarding the impact of the withdrawal of class claims on the motion for summary judgment and

8    jurisdictional issues; (4) the parties will submit a joint statement to the Court by November 13,

9    2008; and (5) the parties shall attend a case status conference with the Court on November 20,

10   2008 at 2:30 p.m.

11

12   Dated: November 12, 2008

**DORSEY & WHITNEY LLP**

13

14                                    By:    /s/ Karen E. Wentzel
                                            Karen E. Wentzel
15                                          Attorneys for Defendant AMERIPRISE
                                            FINANCIAL SERVICES, INC.
16

17   Dated: November 12, 2008

18                                         **SCOTT COLE & ASSOCIATES, APC**

19

20                                    By:    /s/ Eileen Bissen
                                            Eileen Bissen
21                                          Attorneys for the Representative Plaintiff
                                            and the Plaintiff Class
22
                                           ORDER
23

24   IT IS SO ORDERED.

25   Date:   11/13/08

26   _____
     HON. PHYLLIS J. H

27

28

-4-

**STIPULATION TO SET CASE
MANAGEMENT CONFERENCE**