UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SYLVIA JOHNSON,

        Plaintiff(s),                    No. C 07-3168 PJH

     v.                                 **ORDER**

AMERIPRISE FINANCIAL SERVICES, INC.,

        Defendant(s).

_____/

        The court has reviewed the parties' joint letter to putative class members notifying them of the withdrawal of class allegations. The form of notice is APPROVED.

**IT IS SO ORDERED.**

Dated: December 5, 2008

                                                          _____
                                                          PHYLLIS J. HAMILTON
                                                          United States District Judge